## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS PYZEL, JENNIFER FISHER, MICHELE MIRANDA, KATIE YOUNKINS, LISA DAVIS, CHERYL SLAY, ANDREA CHEATER, TANIKA CLAY, JOHN CANTERBURY, LEONARD HEPFER, COLIN HILL, VANESSA BARKSDALE, DOROTHY BLITCHINGTON, ELIJAH ROBINSON, HEATHER POTTER, RISHONA NEWMAN, LAURIE DATTALO, MICHAEL COOK, JENNIFER AUSTIN, EMILY POTTER, AMIR DRISSI, LUCINDA JACKSON, CORINNE WILLIAMS, ELIZABETH JESSEMAN, WENDY CORNWELL, SHANNON DUNCAN, NIESHA RUSH, MEGAN MOWERS, VIRGINIA DICKINSON, CAROLYN SIMMONS-KROFT, AMY HALL, OSCAR OLMOS, CHELSEA ALDRICH, SIOBHAN STEWART, LAKEA STIGGER, AMBROSIA BELL, ALEXANDRA KARRICK, PATTI WINDHAM, MISHA CLEVELAND, BRITTNEY OROURKE, JAMES PALASTY, DONNA KOLB, ROSE MCMILLIAN, JACLYN GARCIA, PATRICIA HIGHTOWER, JESSICA NORMAN, ELIZABETH PRITCHARD, SAMANTHA MORRISON, KYMBERLY CARLSON, DEANN MURPHY, HEATHER RICHTER, AIMEE FROST, MEGAN LARKIN, MERCY TERRY, GINGER DAWSON, NIEMA DURHAM, TONYA JACKSON, DAWN WIRKKALA, NATASHA GONZALES, QUANTASHA CLARK, TAKASHA THOMAS, ELYSSIA HIBBERT, ABBY KORB, MARCOS MITCHELL, CHRIS POLSTON, BRENT WOOLVERTON, SHAWNTAYNE FREDERICK, LUCINDA WILSON, GERALD ALLEN, MELISSA WRIGHT, KIMBERLY BROWN, JAMES ANDERSON, KANDACE WHITE, SARAH GRANT, PATSY CLARK, JEFFREY TURNER, JENNIFER MENDIBLES, SARA | Civil Action No.: 1:25-cv-6398<br><br>**COMPLAINT** |

ANDUIZA, ANDRIA HARRIS, REGINA
SCOTT, AARON MAXA, KARA
CARLSTROM, JOSEPH NAIDNUR,
ANGELIC AUGUSTA, MELITA OGDEN,
CORINNA BAKER, ASHLIE THOMAS,
JASMINE REVELS, NICOLE MOREIRA,
ROSALYN SABBS, DEBBIE PORTER,
RUSSELL MOORE, SHANNON HOLMES,
VICKI HUANG, KAYLA SHEETS, KELLIE
JOHNSON, THOMAS GROSSMANN, JIM
WELCH, SHAWN SILK, LATISA LEAKS,
SHERRI BROWN, VALERIE COOK,
MELISSA MILLER, ANGELICA MOYA,
MEGAN LARSEN, ALA CHAPMAN,
STEPHANIE HOGUE, MATTHEW
BORATKO, KATHLEEN FRENCH,
ELIZABETH MCNAMEE, JADA GRIM-
KIRK, JESSICA GUY, ASHLEY DUTY,
JASON ROYAL, MARLON WARNER,
LAURI HICKEY, MIRANDA GRIFFIN,
SHELBY WALLACE, RACHEL CARMAN,
CAITLIN HOWES, WILLIAM GATTON,
WHITNEY HARDIN, KORTNEY REA,
JESSICA ROWLAND, TAHISHA STYRON,
DINA OLDS, ANA PEREZ, BRANDY
PETERS, CHRIS PARSON, TANGELA
LEWIS, JEREMY OLSON, KIMBERLY
LEACH, ALLISON COLLINS, BONNIE
JOHNSON, ANGELA BUSZ, JOSEPH
CLARKE, ELIZABETH MALDONADO,
ASA CLAPP, MELINDA SCHULTZ,
ASHLYN BERGER, CATHY MICHELI,
DANIELLE SELLARDS, HEATHER
WILLIAMS, CASSANDRA CARROLL,
LYDIA SAIZ, JAMIE MONTGOMERY,
WILLIAM CRIEL, CHRISTIAN
WORKMAN, LUTHER WASHINGTON,
JESSICA BROWN, CARRIE CARNICOM,
AMANDA SWINT, WILLIAM PHILLIPS,
ALEX GOLEZ, CELESTE TRZEPACZ,
BRIANA THOMAS, JEFFERY JACKSON,
ELAINE PHILLIPS, STEPHANIE
BENGTSON, AIMEE TURNER,
MRSASHLEY HARTFIELD, RACHEL
BOREN, NATASHA STARNAUD, SARA
DALESSANDRO, ROBERT STONER,

HEATHER EHRGOTT, ETHAN KIDD
GARLINGHOUSE, VICTORIA SHAW, LYN
HALL, KAYLA OAKLEY, ROBERT URBIK,
JOSHUA WILSON, CADIE MILLER, AMY
VANCE, TRAVIS HILDERBRAND,
ANDREA WHITTED, TONYA TERRY,
SCOTT EICHINGER, MARTIN
RISENHOOVER, ALLYSE NIEVES,
LINDSAY AMON, ROBERTO CUADRADO,
MARY LANE, TORRE WILSON, EMILEE
HORVATH, JOHN JONES, MELISSA PARM,
JAMES BILLS, JOSH NORWOOD,
MATHEW CAUGHEY, ERIC ROOT, JASON
RODRIGUEZ, CRYSTAL GARVEY, BRIAN
SMITH, KRISTY HORTON, AMY MARLIN,
ANGELA MCFARLAND, CODY SOTO,
ADALBERTO CORTEZ, JESSICA
ELLYSON, WILLIAM STRICKLAND, JOE
EICH, NANCY LEGAGNEUR, DEREK
BURKS, WILLIAM DEAN, CASANDRA
CASPER, KATRINA TERRY, ANNAKA
BROWN, JENNIFER DELVESCOVO,
CARLA THOMAS, TOM KENNEDY,
ANTWAN AYERS, JUSTIN ELLIS,
NATALIE SINGER, TELICIA PALMER,
LATOYA LIGHTNER, ANGELA PHILLIPS,
LATANYA JONES, CHRISTOPHER
HUMPHREY, HEIDI JOHNSON, IRMA
ELIZONDO, MARKITA JONES,
SHAVONICA BATEMAN, DREW
BORHAM, MELISSA RIDLEY, SALLIE
SNYDER, CHADWICK CHURCH, BRETT
JONES, NIKI TAYLOR, DOMINIQUE
CHESTNUT, PHILIP DAMICO, BESSIE
ALLGOOD, KYERA LEOS, WHITLEY
SMITH, ALENA KOTOPOULOS, ADAM
SAUER, MEGAN SANDERSON, DEREK
CHRISTENSEN, KELDREIKA BALLARD,
CIANI PATRICK, AMBER SWEIGART,
EDWIN CARLSON, MELISSA GUNTER,
AMY HENDERSON, KYLY BAHNSEN,
CHRISTOPHER PATE, LISA VELEZ,
DALLACE BUTLER, ANGELA ARENS,
MELANIE HOEKSTRA, TIMOTHY
HATFIELD, CHANTELL ODELL, DYLAN
WILLIAMS, REBECCA AILOR, NATASHA

CABRERA, AMANDA PARKS, BRANDI
TORRES, COURTNEY GRISMER, SHAWN
SPENCER, JENNIFER MCHENRY,
ZACHARY BROOKS, HEATHER BRIDSON,
JOHN FERRARA, VICKI CORNELIUS,
KANDI JOHNSON, PAULA DAMICO,
DENISE WALKER, ERIKA GROOT, ANN
KEATING, CELYN SZOKE, JEREMY
TURNMIRE, MATTHEW OLSON, ERIN
LOPEZ-WOOD, ELIZABETH CADIEUX,
MELISSA FARRIS, CRYSTAL GREEN,
BRITTANY GILBERT, MARK SMALL,
ALEXANDER HOLM, JAY MAHONEY,
BRANDY REDDOOR, TAYLOR
HOLLINGSWORTH, JARRELL JOHNSON,
KIMBERLY CRISSMAN, DERIK
BILLMAN, REGINO SIERRA, HEATHER
MESAGNA, VELISHA MYERS, JENNIFER
BUTTS, VANESSA RODRIGUEZ, CASEY
AMARAL, NATHAN LOOMIS, STACY
CARMAN, ASHLEY MERKLINGHAUS,
ASHLEY LAMBERT, LINDA BURTON,
RANADA LOWE, KIRK BREWER, NORMA
MEYER, DEBRA SAUNDERS, CHERRITY
MOLINAR, ADRIENNE ATWOOD, STEVEY
SMITH, ROXANE WINDBIGLER,
DAUMONE TONEKABONI, KENDRA
HENRY, JANET PLONTUS, GLODEAN
BLACK, TAMEKA DUMAS, KELLY HALL,
JENNIFER WALLACE, MELISSA MILLER,
ANASTASIA HOBART, THOMAS PLOCK,
COLBY KAHL, ERIN RADENSLABEN,
SUSAN MCAFEE, TERRY SMITH,
AMANDA KESTERSON, TERESA
ASPINALL, NICHOLAS DAWSON, TIERA
DAVIS, CIANNA REIDER, BRIAN
MORRISSETTE, ERIKA PARISH,
MATTHEW BOHAN, GWYNETH SINGH,
THERESA DARRAR, TRACEY MILLER,
KATIE ISKENDEROV, NICOLE
BOUMANS, TRACY SIX, JACQUE
KIENHOLZ, KRISTIE STEIGER, TANYA
JUERGENS, STACIE STODDARD,
ANDREW LARSON, JENNA SHAFER,
JENNA FOERSTER, TRACY SKIDMORE,
ERIC BRITTON, JACKY LUOMA, TERRA

TAYLOR, JOSHUA BAKER,
CONSTANTINE OSEPYAN, CAROLINE
HUSSEY, COURTNEY SANDERS, KIANI
KEELEN, SHELIA CARTER, RYANE HALL,
SHAWANDA DAVIS, HARMONY HALE,
MELISSA NICHOLSON, RITA BRAWNER,
MICHAEL MEDEIROS, DIANNE
FRIERSON, DESTINI KANAN, JULIANA
GUZMAN, RAYMOND QUINTANILLA,
TONYA DALTON, AMANI MASON,
AMANDA HEMENWAY, JAMES
SINGLETON, DANIEL RAMBO, STACIE
HINE, TERESA DELAIN, HAYDEE
BELLINA, PATRICK BOND, CJ PETERSON,
JESSICA BARBEE, ADRIAN PEGUES,
KATHERINE MILLER, MICHAELLE
POHLCHUCK, CATHERINE TRUJILLO,
ISABELLA GREISCHEL, ROBERT
BRANNON, CHRISTY MILLER, JESSICA
THOMAS, KATIE SNYDER, LATANYA
YOUNG, REBECCA CRABB, TRESHONDA
RAFFERTY, JEREMY SCOTT, LISA
WITKOWSKI, AMY LARUE, TRACY
CRAWFORD, CRYSTAL CALLAS,
SHARMENE ALLEN, DANIELLE BUELL,
AMIE STORY, TERESA CAHAN, EMILEE
LANDRETH, MICHAEL MATHEWSON,
KEITH BRAVEMAN, LEE RUFFIER,
LINDSAY MARGERUM, STACEY DAVIS,
CINDA COMPTON, VALENCIA KNIGHT,
CHRISTIANNA HILL, JENNIFER GUERRA,
KELLY KRISTUFEK, ANNETTE GILL,
BRYAN PARKS, ELIZABETH FLORES,
LOREN CRAIG-MOHEBALI, JASON
WILSON, BONNIE CLIFTON, DANIEL
TAYLOR, MICHELLE HARPOLE, BROOKE
MARKER, CARA WICKER, LINDSEY
TURNER, ERIC ELLIS, AMY JERNIGAN,
MANDY ANDERSON, HEIDE SUGAWA,
DANIEL GARCIA, JENNIFER GRAFT,
LAVETTE DAVIS, KRISTEN GIORDANO,
JENNIFER TAYLOR, NICHOLAS RITO,
ROBERTO MORENO, JESSYCA SMITH,
JUSTIN SINGH, TRISH MCFADDIN,
SONJA TALAMANTES, JENNIFER VAN
GOEY, FELIKS BANKIN, FELICIA

CARPENTER, JOHN SIMS, ASHLEE
COSSA, CODY GREGORY, KELLEY
EVERETTS, MICHELE MCGOWAN,
REUBEN SHEARER, MARY DAVIS,
BARBARA CODY, LINDSEY FINTEL,
ELIZABETH BULLARD-HOLMES,
TAMARA CARTER, CINDY ANDERSON,
CARRIE MISZE, BENJAMIN
BUSTAMANTE, DAVID BLOUNT, HOLLY
SANDOVAL, SUSAN GARDNER, LATOYA
ELLIS-SMITH, DANNY CROY, ELISSA
ANTHONISEN, WILL HODGINS,
KATHARINE CUTIA, JESSICA SMITH,
SHELLEY VANFLEET, SONNY WILLIAMS,
SHANNON DANKO, MATTHEW MOORE,
MARK OSBORNE, SHERRY NEFF, LARRY
GRIFFITH, KEVIN ZAGROBA, MAX
BLANSETT, JENNIFER SUTCH, TENISHA
MCKINNIE, BILL SULE, CHRISTALENE
MEDINA, SHANNON COOKS, NICHOLE
ANDERSON, TIFFANY ROLLINS, DAWN
HAGGARD, LANDON GREYSON, LONI
BURTON JOHNSON, RONALD PAIYOU,
THOMAS STACH II, LARRY RICE,
NICOLE GRIMES, SIDNEY BENTON,
ROBERT CONNER, REGINALD FOX,
KATHIE PIERCE, MICHAEL DEFOE,
ANDREA CASEY, GEORGE LONG,
ANGELIQUE ABNEY, LAUREN LUPARIA,
DARIAN NOBRIGA, JAMES CLIFTON,
TYLER JACOBSEN, SONYA TIPTON,
ANTHONY STOMSKI, SOFIA RAMIREZ,
DAVID URVINA JR, TALISHA YOUNG,
GLESHIA SHAFFER, CHANDRA
STANDER, CASSANDRA LEBOON,
CRYSTAL HOUSTON, CHRISTINA
SCHOENDORF, PATRICIA REASON,
MARVIN GARCIA, KATHERINE KING,
MELISSA BETRO, JARED SANCHEZ,
SHANNA HALL, ANNA VEGA, ROBERTA
PRESSLEY, NATHAN PHILLIPS, JEREMY
MIKEL, JOSE FONSECA, AMY
MORIARTY, JENNIFER FISCHER, MARGE
BLUM, YESENIA NUNEZ, JARID
STONEBRAKER, SUSAN LUTHYE,
CHARLES KRAMER, BRITTANEY

LINDSAY, ELBA COSTOSO, SCOTT
CHRISTENSON, JESSICA WILLIAMS,
TYSHEICA DIXON, CIERRA WALKER,
CRYSTAL SCHWANDT, ROY CHAMBERS,
ALEX ESPINOZA, JESSEACA
CHURCHILL, JACQUELINE APKARIAN,
DUSTIN HICKS, SHANDA KERSTEN,
TRACY LLEWELLYN, TAMMY
GIULIANO, DANIELLE DIETZ, EMILY
LOONEY, ROBBIN CAMPBELL, LISA
WINN, BRANDY GREGORY, JOSHUA
DRURY, ERIN SCRUGGS, SHANNON
CAMPBELL, MICHELLE MATZKE,
MICHELE DEAN, WILLIAM STARK,
JENNIFER CAMACHO, JAMES NEBO II,
YVONNE LOPEZ, JANIECA LARRY,
ALICIA JONES, MICHAEL YOUNG, MARK
GAWORECKI, NICOLE FREER, GABRIEL
ESCOBAR, TOMMIE MYLES, PAULO
PLAZA, AYESHA ALFARO, ROBERT
BOMBARDIERE, JASON NIEVES,
JENNIFER KELLY, HARRY EYER,
BRENDEN MAYO, CEDERENA TILLIS,
GARY BIGGS, THOMAS OLVERA JR,
LAUREN STREETER, CHRISTINE
GARDNER, IMRAN ULLAH, MIKE
RAMSEY, JAMES RUSSELL, VANESSA
MACHUCA, CARLA IRMEN, RICHARD
LAROCCA, MICHAEL WALKER, KAREN
HOWELL, TREVOR VICE, STEPHAN
PLECZYJ, SAMUEL CLAY, CHRISTOPHER
OCONNOR, WILLIAM SIXTOES, MEGAN
MURRAY, LYNZI WINTER, DESARAY
JACKSON, CHRIS LYONS, SHARON
BOSTOCK, KRZYSZTOF KAMIENIAK,
CHARLENE BURRELL, JASON DOAK,
LONDON AUSTIN, MEGAN CHARETTE,
SHAELEI GARCIA, CATHERINE
CHATMAN, CHRISTINA DEL ROSARIO,
KRISTEN VANDERWARKER, CHRIS
GONZALES, MARK GARZA, CASEY
SOSA, LYNETTE DOUGLAS, NORMAN
PENN, ASHLEY PITZEN, NICOLE SHENK,
LORI BARTON, KARIE BRAY, RALPH
PRESTIA, KATIE NICHOLSON,
MEAGHAN TAYLOR, CURTIS CAIN,

BRIAN GERENA, MARIA ALONGE,
ELIZABETH WELLS, JOVONIA
SANDERLIN, THERESA DENT,
NATHANIEL OWENS, KAT ANDERSON,
NICOLE COLLINS, JOHN LOVE, ALAN
VALENCIA, ABBY BORDEAUX,
RUDOLPH JOHNSON, JOYCE JOHNSON,
JANNEKA ADAMS, TYRA LOCKHART,
NATHAN ROSS, FAITH WOODARD,
JAQUINCY LLOYD, ELIN RIGGS, APRIL
MUHLBACH, DAWN PETRE, STEVE
CLEMONS, MARISOL DIAZ, KRIS
HERZOG, DANIEL LOPEZ, NICOLE
FLICK, KERRY ELLIS, LATESHIA
GRAVES, THERESA PENSIERO, KRYSTAL
MOODY, TRACY MEIER, JACQUALA
CHAMBERS, GERI CAMPEN, TILYNN
DUCEY, TYTANISHA PRICE, RYAN
TRIMBLE, DAVID MEDRANO, JOAN
SANTOLI, TRENA JOHNSON, MARISA
POLE, FRANCES COLEMAN, KIRSTEN
MCALLISTER, JESSICA CLUTTER,
AMBER ROGALLA, STEPHANIE
LAUGHMAN, CARLA RIOS, MARIE
PEREZ, AZIA MARTIN, MICHELLE
HENSLEY, WANESHIA GOINES,
STEPHANIE SHANEYFELT, JEFF
WILLIAMS, LORI JEFFERS, MARK
MARTINE, MELISSA KEIFER, HALEY
RIGSBY, AUSTIN FORTNEY, MICHAEL
HOLMES, ZACHARIAH TEMPLETON,
ELIZABETH STACK, DAVID
CANNIZZARO, FREDDIE MORENO,
GIOVANNA VISALLI, KATHARIN
VANDEMORE, SUZANNAH WOLCOTT,
MEGAN BERCAW, LACHANDA
JOHNSTON, TAYLOR OROZCO, STUART
NEWHOUSE, ROBERT SHAFER, LAKIA
BROOKS, RACHEL ALLEN, RODNEY
METZGER, CASSIE KLIMEK, CONNOR
MCCANCE, ALYSSA KENDRICK,
LAVONNE WILLIS, LISHONA BURGISON,
EDWARD NESBY, MIRANDA SCOTT,
JESSE JOHNSTON, JENNIFER KATZ,
STEVEN HARGROVE, KENNETH
PERKINS, DEEANNER SAMUELS,

ANDREW PRATT, MICHAEL KILCREASE,
KENNETH BUHLE, FRANK BAIRD,
MICHAEL STEMMELER, SHAKONYA
BAYNES, CHRISTINE MILDICE, LATINA
MCRAE, ANGELA NELSON, KENNETH
VAOW, BRIAN BENNEWITZ, KEVIN RIES,
INDIA MATTHEWS, JOSEPH GONZALES,
SARAH APEL, MICHELLE GILLIAM,
VERONICA AGUIRRE, ALLYSPN GLUTH,
SHAWN ALLEN, JESSICA WITTER, LISA
LEONE, JEANINE SMITH, CARY
BUFFORD, NICOLE TROTTER, ALICIA
NICHOLS, ROSALIE SANDOVAL,
MICHELE POWE, LESLIE ONEIL, ASHLEY
TAYS, HILARY SMITH, MICHELLE
INGRAM, DREW MINNIS, RAYETTE
ETSITTY, MICHELLE COSTA, CAMILA
ROSAS, WHITNEY MIFFLIN, DARBY
DOLAN, JASON GARRISON, BONNIE
BUTLER, SUMMER HICKS, SHANNA
THOMAS, DERRICK PARKER, TIFFANY
KLAUBA, REBECCA ROSE, ANDRE
BROWN, MICHAEL MULLEN, SHANELLE
RIVERA, HEATH LOPEZ, JOHN MAEDA,
BETHANY MORTON, JEFFREY BIALECKI,
MEGAN BYERS, ALEXIS INNOCENT,
JOANNA VILLAREAL, KIP NAZDA, ARIEL
SAMONS, VALARIE THOMAS, JESSICA
CURRY, ANDREW MOSLEY, JESSICA
THOMAS, JACK BURKE, SAMANTHA
DOUGLAS, AMY CRAM, JAQUOIA
MCCLADDIE, ROBERT FRIEDMAN, JOHN
GOETZ, JENNIFER JOHNSON, KEVEN
THOMPSON, NIKKI SHEWMAKER,
DANIELLE RATEAU, CODY LEDFORD,
JOSHUA FORD, EQUILA JACKSON,
ABIGAIL JOHNSON, LACIE COATS,
DANIELLE HUTCHINS, LANCE
MCDANIEL, ROBERT BURKS, THOMAS
THOMAS II, JOSEPH KRUTKE, VICKY
PAOLA, SONIA MCCLENDON, GREGORY
BARNES, RENEE BUEHLER, MIA
WASHINGTON, STORMIE MEDINA, JEFF
WORTH, MARK BICKAL, CHRISTOPHER
POLI, JESSICA SMITH, GREGORY
DELEON, KARINA COLEMAN,

SHONDALYN GALES, ROBERT
BROWNING, KADIE MADDISON,
KRISTIN FAULKNER, KIRRI ROBERTS,
DAMIEN WHITE, MELISSA
HARRINGTON, SUMMER OAKLEY-
SALAS, JOHN SAMPSON, FELICIA
GONZALES, SONJA NAAS, WILLIAM
KEIPER, JORDAN COURTER, MORGAN
BEAN, DOUGLAS BRESSLER, KIMBERLY
ELLIOTT, SAMANTHA WASHINGTON,
LAURA GUTIERREZ, FROILAN CARLO
FUENTES, CHRISTOPHER JONES,
SHERRY MCQUEEN, JOSHUA DUMOND,
BRITTANY BRUMER, AMY MURPHY,
CORI SAMPSON, JUSTYNA BYKOWSKA,
WENDIE BROWN, CARLA TIAGO,
DONOVAN VASQUEZ, KASSIDY
OVERTON, ABBY UPHOFF, TAHRAN
ELDER, JON LEMOINE, SHAWN
MCGINLEY, KRISTEN LEWIS, JEFFREY
SCHLEININGER, MICHAEL WARREN,
MELISSA PEPPERS, DAWN FOREMAN,
THOMAS CLEMENTS, BECKIE TUNON,
GLENN SINISH, KEITH KING, BRIDGER
LOWDER, LACY REEVES, JOSEPH
SIMPSON, FRANK BIANCO, MARESSA
HERNANDEZ, DAVID BLICK, DANIEL
THOMSON, EDINA RAPOLTI, SAMANTHA
ELLIS, MICHAEL GRAF, SUNNI
WIGGINTON, KATHLEEN GRAY,
CHRISSY WOLF, MARILYN FULTON,
LENORA WALKER, TRINITY BROWN,
RACHEL GRASTY-SHEEHAN, MELISSA
DOTSON, AMBER JONES, THOMAS
WEBER, JOSH THOMAS, MATTHEW
KILIMNIK, ANTHONY ALVAREZ,
GERALD RENAUD, JIMMY MOSS, JOYCE
YALLEY, TIFFANY S CAMPBELL, PORTIA
ORR, MICHAEL SCHAFFNER, JOHN
PONTIER, SHEAQUAN DATTS, ERIC
MULLANE, KRISTEN LITTLE, EVELYN
CORTEZ, JUSTIN LOUDIN, CHERYL
CHATELLE, GREG HAMBARSSOOMIAN,
MICHAEL WINTERTON, SHANE
HOFFMAN, DESIREE TULLAR,
BRANDON FILLMORE, LAUREN

WOLFARD, RENEE RILEY, APRIL
BEECHER, SUZANNA ALLEN-DANIELS,
JEREMIAH SMITH, MARK ALTHAUS,
DREW KOZLOWSKI, DAWN GLUSZEK,
TERRY BEARDEN, CHRISTINA VAN PELT,
THOMASENA DAVIS, AYSIA SIMMONS,
SARA COMSTOCK, MARY MARTIN,
CATHERINE LAMOTHE, DAVID AMOS,
JAQUELYN LANDRETH, ERDEENA HALL,
PAMELA SCOGGIN, ELIZABETH
MCENTIRE, EVER BONILLA, LAMESHA
GERMANY, ANGELICA TELFORD,
TIFFANIE BOWMAN, RENAE KULAS,
VIRGINIA JUST, CHRISTY MACHADO,
SHANNA BRADY, KIMBERLY FARMER,
LYNNE CERECEDES, PENNY PRICE,
ALLYSON FLANAGAN, HEATHER
DAMRON, TAMI KIEFER-ROBICHAUD,
TEISA DAVIS, DANIELLE BAILEY,
LALITA BISSESSAR, MARY RATLEY,
CATHY MINER, AMBER MACHADO,
KRYSTAL CABRERA, ORLANDO
BELLINCAMPI, MARIEL SMITH, AMY
BOWDEN, JULIE KIZER, CINDY IVEY,
DANIEL DAVIS, MARCIA DODD,
ANDREW TROSTLE, TAMARA BUTLER,
JASON JENKINS, DYLAN BASKIN,
BRIDGETTE FOSTER, TAYLOR JORDAN,
BETTY YANCEY, SUSANA GUTIERREZ,
AGATA CORNELLIER, HUNTER
ALLSPAUGH, JOHN RINALDI, PEGGY
ROSADO, ALICE CHUNG, HEATHER
VANCOONEY, CHARISSE SOUTH, CLAY
RICH, JACINDA FRIEND, SARAH
SACKETT, JEFF DAVIS, ANGELA
GOSCIMINSKI, ROBERT JERVAY,
THERESA CHAPPETTA, REBECCA
AHERN, NANCY MORENO, KATRIN
MERENDA, SALINA FERREIRA, RONALD
PUENTES, BENJAMIN BUCKLEY, ERICKA
COMER, COSETTA FLAHERTY, HEATHER
JUDY, DANA WILLSON, AMANDA
LABOUNTY, LESLIE REASON,
FRANCISCO CANABAL, RYAN TONDRE,
DENNIS VAN BUREN, SARAH JASON,
ANDRE SPENCER, AMBER PELKEY,

BEATRIZ VALDEZ, ALI FAZZIO, SUSAN
WARDLOW, BRITTANY RICE, SEDONA
TURBEVILLE, NATALIE RICCI, AMY
SZATKOWSKI, AMBER RUPP, CONRAD
PAGANINI, JOEY MCLACHLAN, CHERIE
BREWER, ROBERTA GUERTIN, BRIAN
QUIGLEY, ESTHER MARTINEZ,
MICHELLE PELLETT, KRISTINA BEAGLE,
TAYLOR CHUHRAN, BRITTNEY OFFUTT,
YOLANDA BAUGH, KIMBERLY DEAL,
MARKEETA STANTON, CASSANDRA
KOVOLESKY, MICHAEL LAPHAM,
JENNA PARRILLO, KHRISTINA HARRIS,
JERICO JORDAN, SHALANA GRADY,
NANCY DURAN, FAITH ROWLAND,
RICHELLE SHARP, KENNETH SHELDON,
NICOLE GREEN, ANDREW WEISS,
RUSSELL SMITH, TAYLOR MOULTON,
JOSEPH IGNECZI, ELAINE HORNEDO,
MARIA VENZOR, ALAINA ANDERSON,
SHEAYLA COLLINS, KHALISA FRISBY,
KELLY CRAMER, MATTHEW MARTIN,
JUSTIN JOHNSON, RENA THOMAS,
SAMANTHA BECHT, JENNIFER PECK,
CARMEN MODEST, DICY MICHALSKI,
RANAE SPINALE, SHEILA CAMPBELL,
JENNIFER GARZA, CADE WILBUR, CARI
NAJARRO, GERALD HALL, LINDA
ELIZABETH, KYLE KERNEY, JOE
LAUCKNER, RICARDO MARTINEZ,
TAYLORA HERNANDEZ, LAURA
THOMPSON, DAVID FORSTER, SEAN
BARBER, DENNIS ROOS, JOEY
DICKINSON, SCOTT JACKSON,
JONATHAN JONES, SAMANTHA
DOWNING, SHARITA HILL, LARRIANE
REYES, JOHN NICHOLS, MARY
ARMBRUST, CHRISTY SIMPSON,
STEPHANIE LARSON, MATT NAGY,
KAREN DAVIDSON, MEGHANNE
JENNINGS, SANDRA STAATS, ANDREA
THOMPSON, STEVEN WILLIAMS,
DANIEL DUBOSE, AMBER
BERKSTRESSER, SHERI MINOR, AMY
HEALD, JAVIER HERNANDEZ, JACK
STONE, SHANDI RAPP, ROMAN

ROBINSON, ROBERT SIMS, MARY
GENDRON, KARLA FACUNDO, JEREMY
DENGLER, DIANA GUIDRY, TARRA
WATKINS, STEPHEN FREEMAN, DENISE
BENDER, JACQUELINE HOARD,
DEBHORA HAYES, SAVANNAH BURNEY,
LAURA MOLINA, ELLIE KARAYAN,
MARGARET MURPHY, EDWARD
CRANDALL, DANAE VARGOCHIK,
JOSHUA TRUPP, KELLY MONTEMORRA,
LAUREN PONSI, MICHAEL FLORES,
JEAN NICOLAZZO, CRYSTAL COLE,
ANGELA HARRIS, JOHN PAUPARD,
CHRISTOPHER SCHMIDT, DONALD
PETERS, PAULA SIMIEN, LISA WENNER,
CHRISTIE MCKINNEY, MARYANN
VANBLARCOM, KELLY POWELL, MICAH
DILLMAN, JASON WAGNER, SYDNEY
BLAKE, KIMBERLY DOWNEY, CHRIS
CALDERONE, TIERNY LEHNEIS, JAMIE
MOORE, CORINA HASLAM, EMILY
STEVENS, HEATHER RYLANDER,
MELANIE WALBAUM, ARI NINIO, JASON
GUNESCH, TODD GUSTAFSON,
CHARDARIS CORNISH, JUSTIN FELD,
JENNIFER FINCHER, SAMANTHA
CUNNINGHAM, ASHLEIGH SELMON,
SCOTT STEINBRINK, JODI DURRE,
AMANDA MURRAY, ROBBIE YORK,
KRYSTLE PATTERSON, CLIFTON CLINE,
WILLIAM BATTLES, REBECCA CHRISTY,
JOHNNIE BOSTIC, BAILLEE ONTKO,
KARI WOLFF, LOYEN FIELDER, AMBER
GUZMAN, STACY BROWN, BIANCA
FADDIS, AKEEM RUSSELL, LINDSAY
KENDRA, KRYSTAL WHITE, REBECCA
CONAWAY-GUERRA, CATHLEEN
DOOLEY, SHAUNA SUTTON, KELLY
GRAY, GLENN WINIKATES, LISA
WZIENTEK, BARINDER SAINI, ROBERT
BRAZELTON, RICHARD JOSKER,
KELLEY BROUSSARD, TREVOR
HUTCHINSON, LARILEE PAULINO,
SCOTT MITCHELL, MATTHEW
RICHARDSON, ANGELA SOWL, GREG
HARKINS, IVETA DANILOVAITE

TAKEOKA, TRACEY GRIMM, ERICKA
SCHUSSLER, RAUL GIL-AZAMAR,
JENNIFER LAATSCH, ADRIENNE
LARIMER, JACOB HAFLICH, JORDAN
MARCHAL, TROY VANDER WYST,
MADISON VIERSTRA, JENNIFER
POIRIER, ASHLEY CAMPBELL, DEBHRA
SANDOVAL, MICHAEL CROWE,
JONATHON MCGEHEE, SHAE CARR,
KELSEY HALL, CHRISTINE CROISSETTE,
DEBBIE PRICE, CAITLIN VISCO-FORDE,
SCOTT MILBURN, AMY NELSON,
ASHLEY CANNON, ALIA WEGENER,
JACQUELINE WARREN, JASON
RANDALL, CORRINE VENEZIA, RACHEL
WEAVER, STACY BOATMAN, LARS
SLIND, SIERRA MOORE, KENNETH
NOWLING, LABAR CHRISTINE, RENEE
WALTRIP, ANTHONY KOWALICK, ELISE
CANFIELD, STEVEN BAIER, LINDA
FRANCO, JULIE ELLIOTT, AMY HALE,
JESSICA VASOLD, ALEXIS GALLIONE,
MELISSA TORRES, SHARI MCLENDON,
DAWN JOE, JULIE SZCZUBLEWSKI,
DAVID SCOGGINS, SONYA MURRAY,
THELMA ROXANNE ROBERTS, JESSICA
LOVE, KERRY-ANN BLACKWOOD, BRAD
HUGGINS, KIMBERLY BAISCH, ANDREW
YOUNG, KYLE GIONO, VANESSA QUINN,
JAIANNA DAVENPORT, SARA HAGEN,
DANA CONNELL, MEL ANASTASIADIS,
GIANA GARVIN, LENORE OLAGUE,
NICOLE TESSENEER, BRANDY DIPPEL,
KEVIN OVERMAN, CHRISTOPHER
GIBSON, JIM WATSON, SANDRA LEWIS,
CORTNEY GLEATON, GRADY WELDEN,
JENNIFER STAYNER, ALLISON JACOBS,
ROBERT DOUGLAS, BRENDA
SINGLETON, SASHA MCKEON, MARK
HOURSHAD, MATTHEW RUIZ, ANDREW
PERFETTI, JACKIE DALEY, NOVEMBER
MCCALLUM, AARON CATZ FISHER,
CHRISTOPHER PAGE, BETTY DOCK,
ROCHELLE PRINCE, REMY TURNER,
BRANDY WILLIAMS, JESSICA LOPEZ,
ANNETTE LAIDACKER, ASHLEY

EDWARDS, DANIEL MELTON, CYNTHIA
SHIRLEY, CANTU AMERICO, RITA
FROLOVA, RUSTYN ROBINSON, WILSON
GONZALEZ, MARIBETH HARDER,
RONALD FANGMAN, CORY PRICE,
HARDEEP FULLER, ALYSSA HIGGINS,
BRANDON LEEBERG, CARRIEANN
ALTAMORE, GABRIELE VELEZ,
AMANDA ROBERTS, JESSICA
GUERRERO, MEGAN LACASSE,
KIMBERLEY JONES, RYAN CHESLER,
WILLIAM DAVIS, KATELYN BAUER, DAN
SILVER, LAUREN BARKSDALE,
MEAGAN ROBINS, ALAN FARMER,
REBECCA BURGOS, LORI BEDOLLA,
AARON SIGNOR, LAURA SPARKS,
COLLEEN VAUGHAN, SEAN MONROE,
KELLY FOSTER, DAVISA MONTOYA,
MEGAN BRUCE, ANNE WIMMER, JAMES
RICHARDSON, TAYLOR FRAME, SAEEDA
ALLEN, BRANDON OARE, APRIL
BRODEUR, TAYLORE KADIN, KC
ARMOGIDA, TAYLOR CHILCUTT, CRAIG
KANDIKO, TARYN FORTNER, ABIGAIL
COLLINS, LORI CREQUE, VANESSA
ROBERTS, HOLLY KELLEY, TIFFANY
WEBB, CAITLYN WRIGHT, TANYA
AREHART, NATHANIEL HARRIS,
SCHELERRIA WILSON, SHARVONDA
BRATTON, STACY BIRD, DILLIAN
LIVENGOOD, DANIEL MARTINEZ,
ETHAN HOFSCHULTE, BEATRICE SCOTT,
OLEAVIA PATTERSON, LILIANA DIAZ,
CARL GELLER, ISABEL MANNING,
JAZMINE BARQUERO HUGHES, RYAN
CALDWELL, DEBBIE IPPOLITO,
AMANDA KONESNI, SYDNI HURLEY,
NICKOLE BRENNING, DEBORAH RULE,
ANGELLE JONES, KRISTIE WELLS,
CALLIE DAUM, MANDY DAILY, MARK
BEDAYO, COURTNEY WADE, MELISSA
HALL, BRYON DAUM, BREANNA JAMES,
MAURICE BAKER, AISHA MARTIN,
JORDAN ELLINWOOD, LAUREN
WHEELER, KIRBY LAMAR, JEFFREY
CLOUTIER, PAUL WILSON, QUINN

BRODA, BRITTANY SMITH, ERICA
KAMPFE, GEMMA ANCHETA, DANNY
BERROTERAN, CHELSEA ROLPH,
THOMAS EALEY, RANDI JARRETT,
RICHARD GREER, RICHARD WAX, JESUS
GRIMALDO, AMY HILL, CASSIE MOORE,
PATRICIA TAKE, JESSIE BRANDEN,
DANIEL LOUIS, BRYAN CUMMINS,
MONIQUE JEFFERSON, KIMBERLY
CARNELL, SARAH WORLEY, CHRISTA
NEWELL, ADAM TEPER, SCHUYLER
DICKENS, DERRICK GARFIELD, JULIO
GARCIA, ASHLEY BEEKS, LISA
BROOKSHIRE, KAITLIN OBRIEN, KRISTA
LOUGH, TARA THOMAS, FANNIE
TSIRKAS, ERIKA SLAUGHTER, SUMMER
LAFFOON, DENISE FISHER, ERIC
MURPHY, BRANDON SAITER, JUSTIN
DILLER, JACQULYN MEENAN, LATONUA
BOWENS, BRANDON BASS, HECTOR
PIMENTEL, SHEILA MOORE, JEREMY
ALLEN, SARAHA BRANHAM, TARA
MCEVOY, FRED LACEY, GUSTAVO
VERDES, JERAMY FELTON, IAN
BISINGER, LARRY DETRICK, JUAN REY,
MEHGAN BOWERS, ELIZABETH SLOAN,
MAYOSHA THOMAS, ALICE ARAGONES,
KRISTINA DELAROSA, LESLIE
RODRIGUEZ, SCOTT APJOK, THRESA
LILES, ANNA BEZKHLEBETSKIY, KATE
GARCIA, STEPHANIE PROFFITT, BRYAN
NUNALLY JR, NATALIE BROWN, HOLLY
NELSON, ZACK EAST, RACHELLE
SHEPHERD, AURORA CALZADA,
COURTNEY THOMAS, SHEILA MATHIS,
KRISTINA EUBANKS, KELLY ALPERS,
CARLOS REYNOSO, DARRYL JONES,
MATTHEW MOWER, KIYUNA
COTTRELL, DANA HARRIES, DAVID
COLLIS, ROGER HUSTED, CHERYL
BUTLER, MONIQUE HARRIS, DEANNA
JONES, CHELSEA NAUMOWITZ,
NEKENDRA TRIMBLE, ERIC TAGAVILLA,
BELQUIS AL-KHATEEB, FRANZ ECKER,
TIM BRUCKER, DALTON BUTTRAM,
KASEY HATCH, RYAN WEATHERBY,

ANNICKIWA CAULTON, CHARLES ZHOU,
JESSICA FOX, CORY JONES, SANDRA
BURNITZKI, ANTHONY BERKSHIRE,
THOMAS HYNES, ELIZABETH HARDY,
AMBER THIERET, LISA BELL, JAMES
SKEPPSTROM, JENESSA CONNELLY,
DEVON STEWART, BOBBI KRAL, ED
JOWANOWITCH, TRACIE ABRON,
VINCENT DEBONO, ADAM HARVILLE,
SHARLENE CHOE, MARIA GOSLIN, KIM
LESHER, CHRISTIAN VASQUEZ,
HEATHER VOILES, ERIC FRANCIS, KODI
MILLER, CHRISTOPHER WILSON,
MICHELLE CUNNINGHAM, DARRYL
POLO, GABRIELLE FELD, JENNIFER
SMITH, MARIA SANCHEZ, JESSICA
RICHARDSON, MATTHEW NEWCOME,
CHRISTOPHER COOPER, SARA RAGUSO,
CHRISTINA AYALA, LYNDA LAW,
CHRISTINA PALMER, PAULA MORRIS,
ADAM ROBITAILLE, ARIELLA
MARTINEZ, WILLIAM HAWKINS,
MONICA OROZCO, APACHE BUIE,
JENNIFER BOESPFLUG, NICOLE
TUCKER, IMANUEL SIANIPAR, RICHARD
HULL, EMMA GAMMELLO, ERICA
PRADO, RABECA TUTTLE, JULIO
GARCIA, CHRISTY GALINDO, TIFFANY
FRANKLIN, ANGELLA SANTOS,
ZACHARIAH ASHBY, KASSANDRA
CLYMENS-RUSSO, CATHY OVERTON,
ASHLEIGH RIDER, KAYLEE RHODES,
EDWARD YEH, GRACE TROMBLEY,
TIFFANY JORDAN, VENICE MACON,
DANIEL RYAN, PAMELA BROWN,
LORENZO VALENCIA, LUIS ESQUIVEL,
STEPHY MIEHLE, HILARY LOFTUS, ROB
SANTOS, ALYSSA EASTER, DAVID
GLASS, CHELSEY JACKSON,
DARWNESHER GARDNER, DANNY
HOGAN, ASHTON TAYLOR, SHANIKA
REESE, DANA ASHTON, ELIZABETH
CHAPMAN-ARATA, JENNA WING,
MICHELLE VOLNER, MARK WARCHOL,
LISA TORR, KELSI STOFFER, PHILLIP
MATRISOTTO, BRITNEY NOBLE,

RODOLFO ROBLEDO, KRISTY POLSTER,
VALERIE WILLIAMS, ERIN CLINE-
GLAZER, CHRIS REED, DARRELL
COWELL, ROBERT CLAUS, SAMANTHA
BECICKA, MONIQUE GONZALES,
ROSANNA CARDENAS, JENNA HAWES,
LAKESHA WRIGHT, LACEY BUNDY,
ROBERT MILLER, ANNA WRIGHT,
MARICELA VAZQUEZ, THOMAS RAMON,
JENNIFER PURCELL, CHELSEY WRIGHT,
CHARLES PALMER, STEPHEN
WITTMAAK, SANDRA RUSSELL,
ANGELA GRAVES, JASON HAWKINSON,
BONNIE SEGAWA, LAURIE KUSSMAN,
CASSANDRA WISE, TODD MARTINEZ,
AMY JONES, KATRINA MITCHELL,
JUSTINA ELIE, SETH COLTRAIN,
CELESTE COLBRY-HAO, NATHANIEL
JONET, CASSANDRA BRETT, MICHAEL
COE, TYLEE PRICE, GEORGANNA KING,
ERIC RUTHENBERG, DENICE DURHAM,
ANNETTE SALDIVAR, LAURA
REYNOLDS, GAYLA BAILEY, NICHOLAS
BERRY, BYRON LAND, AMY HARVEY,
LISA GIGI, ROGER FOISY, ARCHIE
MARTIN, REGINA JACKSON, MARTEA
FRYER-REID, BRIANA SPAULDING,
KATHRYN PEREA, KEITH ANTHONY,
LISA LEISHEAR, PAUL POWELL, LISA
THOMPSON, TAYLORE CHILDRES,
AMBER HOSKINS, ANDREA MEREDITH,
JOHN GIBEAU, AMY DUPAS, ALICIA
JUAREZ, MEGAN MARTINO, JASON
PERRY, KAYLEE BLAKE-JACOBS,
JONATHAN JACKSON, PATRICIA
CLEAVER, SHARANDA FRANCIS, SHAWN
SELZER, MATTHEW ESSER, ANGELA
QUESADA, TED TENK, MELISSA GRAGG,
ADAM PAPA, DWAUNE WEIMER, RENEE
BATEMAN, NATASHA COX, ALEX LOPEZ,
JAZMIN KELLEY, ANDRIA FLEMING,
JODEAN KERCHNER, DAVID
BETCZYNSKI, TIFFINEY BENHAM,
NICOLE GRAMHOFER, SIARRA
MCCUTCHEN, JEFF WALKER, AARON
PYMAN, MARY BORGRA, COURTNEY

RHOADES, KATELYN MORRIS, SUSAN
ALMOND, MONICA MANN, VIKKI
KEHOE, LINDSEY MEIER, JULIE
MCILROY, MATTHEW ROTH,
JACQUELINE PLACE, SAMANTHA
THIMM, JOSEPH DURRANT, KEVIN
FEATHERSTONE, KAE MOORE,
SAMANTHA FAHEY, JENIFER ROMERO,
MARGARET SLOAN, LISA FIGUEROA,
SARAH ZIMMERMAN, DANIKA FAIOLA,
NICOLE RILEY, JEREMY MAYO,
TERRYANN SCOTT, ALYSSA
HERNANDEZ, ANDY DEVORE, LANDON
WOOD, STEVEN WOODS, JOANA HASTY,
SAVANA PIKE, NICOLE SCOTT, ADAM
SMITH, ED CRUTCHLEO, NICOLE
SIMMS, NICKIE PHANH, ROBERTO
RODRIGUEZ, DEANA GARDNER,
GEOFFREY GREEN, KASSIE HOFFMAN,
KIARA HERMAN, ELIZABETH PETKO,
NORA TURNER, JOLIE HAMILTON,
TERESA MCSHANE, ADAM SCHULTZ,
DEBRA TAYLOR, JULIE AULT, ALEKS
DUNI, CHELSEA SALERA, CARLISA
WATKINS, TERESA FAULKNER,
REBEKAH CRONKRIGHT, CHERYL
MUMFORD, CHRISTINE ROBINSON,
JESSICA GREVENSTUK, REBECCA
SAMUEL, MOLLIE MACIAS, DAVID
MARCOE, RAHEL BAHTA-LEE, ERIN
KANE, MIKETIA DORROUGH, CAITLYNN
MATHIAS, JESSICA KAILIS, GLORY
SANTIAGO, KATHERINE RICH,
GRZEGORZ JANOWSKI, ANGELA
KOPPANG, BRIANNA JONES, DAVID
HOBBS, ASMAA ELMANI, HEATHER
LASKEY, TIERA DAVIS, CHRISTIN
FALCON, TAMMY JOHNSON, KELLY
HART, MARIE GIBBONS, DAVID
BACHNER, JONATHAN WILLIAMS,
CURTIS SCAFE, OMAR GUZMAN, JASON
CROWDER, NICHOLAS STOWE, TOSHA
STAHLECKER, CHASE COTTRELL,
CANDI J EATON, LAGLORIA HOLLAND,
DAVID SCHLUETER, MICHELLE
BERTONCINI, BROOKS JACCAUD,

BAILIE MEISTER, CHRIS CHARLTON,
JULIE SHAR, CHRISTOPHER LOFTIN,
KELLY DOPPKE, MEGAN REIL, BRANDY
ARNOLD, HEATHER GUTIERREZ,
TAYLOR WINTER, NIKKI LEE, KATIE JO
SORRILL, JOHN THOMAS, LATOYA
PARKER, JENNIFER WILLIS, TAYLOR
DICKERSON, BRIAN HILL, CATHERINE
EASTMAN, CHASITY CROOM, LARA
BISHOP, CONNIE BRICKNER,
SAMANTHA VILLACORTA, ANTHONY
ROSS, CHRISTOPHER BIRLING, ROSA
SAUCEDA, SARAH SHIMKO, LYNNETTE
BEMBENEK, BRANDY CARRICK, KATIE
SAAVEDRA, TAMARA ROBERSON,
BAILEY REESE, ERIKA POLAND, AMBER
MCKAIG, JASMINE LEE, DEBBIE
MCBROOM, JENNIE ROSALES-
WOLFGEHER, OLIVIA CRABB,
DE'CARLOS JULY, MARIA REYNA-
GARZA, JACQUELINE VEGA-MORALES,
JOHN BRATTON, ANGEL BOEREMA,
KAYLIN HUTSON, STEPHEN HUNT,
BRIAN BACKMAN, BERNICE DYNE,
JUAN PEREZ, BROCK MACEWEN,
MELISSA WORDEN, SUZANNE
SAMMOUR, MICHAEL THOMAS, JESSICA
PIERRE, ALLIE JENSEN, KELSEY HERSH,
ELIZABETH BEEBEE, MISHA BARNES,
JACOB WILCOX, TYLER GAUSVIK,
KELLEY PRESLEY, COLBY MOORE,
ASHLEY CONRAD, DYLAN JUDD, KATIE
CORREIA, DAISY VASQUEZ,
JACQUELINE GRAYCZYK, BRYAN
JAMIESON, CHRIS WILLIAMS, LYNN
KIRBY, BRIAN LORD, MELINDA KNIGHT,
VICTORIA PLUMMER, SERGIO
MUCOLLARI, CARRIE GRAY, DARA
JACKSON, APRIL ROBERTS, OLIVIA
OCONNELL, TOMORROW PAPALEO,
DEBORAH JACKSON, TRAVIS GIBSON,
LISA ROBERTS, BARRY WILSON,
JESSICA SCALAMANDRE, AMANDA
CARSON, HANNAH FLYNN, CHRISTINA
MILLS, KIM JACKEWICZ, KENDRA
MCNUTT, PHILLIP TAFT, KRYSTAL

VELAZQUEZ, BURNELL WILLIAMS, JOEL
SCHEPIS, NOAH LOWE, TARA JOHNSON,
APRIL TUDOR, JERALYNN GOSSER,
KENNETHA MOSER, GLENDA
BRYERTON, VERONICA MCCAULEY,
MELISSA BOWEN, KIMBERLY BARRICK,
JAZMINE MCNEARY, AMY CASSELLA,
JAVIER ENRIQUEZ JR, ANDREA ROJAS,
CRYSTAL NULL, CORTLAND HILL,
MELISSA DILOSA, JAMIE TIMBRE,
ROBIN STICKLE-LUCAS, OSCAR GOMEZ,
KIMBERLY WARD, MATTHEW HEFNER,
NICOLE MADRID, AMBER DAHLER,
CHYNA JACKSON, JENNIFER MCGAHA,
AMETA HALLS, BRIAN MCCARTHY,
RALPH DUNBEBIN, GWYNIVERE
SCHMIDT, BRANDI WILLIAMS, BRIAN
BRIAN, KATHERINE VANGELDEREN,
TIFFANIE BEELER, PHILLIP MALACH,
MELISSA CALLAHAN, CARMELO
CARROZZA, HEATHER LADUCER,
DEANNA BETHEA, MICHAELA LEE,
VANESSA BRENDE, CHELSEA MURPHY,
JESSICA HARRIS, DAN LEMMER,
TRISTAN MCCORMICK, NICOLE
GILKISON, MEGAN LAMONT, ROBERT
WF GUZMAN II, JENNA JOHNSON, JEN
CLOUTIER, NICOLE JOHNSON,
CHRISTIANNE HERNDON, DAWN
DAWSON, ZACH KELLEY, NATALIE
GIBBS, FAITH NEWBAUER, STACIE
BROWN, JOSEPHINE WALDRON, VIVIEN
MARAFKO, ANGELA LARA, DEREK
COLE, SARAH PITTMAN, SHYLOW
HUMES, KAELEIGH CAIN, ADRIANA
HUNTINGTON, CHEYANNE
ROSENZWEIG, PHILLIP BYRAM,
MEADOW DUDAI, REBECCA GIROLAMO,
JEFFREY SAN GABRIEL, CAITLYN
BOGGS, PEARLY ENE, YAKENYA
JENKINS, DONNIE ALLGOOD, CAITLYN
METTEER, AMANDA BARRIENTOS,
EMILY BURKE, MICHAEL DILLARD,
ALLISON WENDT, MICHAEL TUCKER,
PAT-MATTHEW UNIDA, REBECCA
JOHNSON, WESTLEY LASHLEY, ASHLEY

ALLEN, RACHEL OCHSEN, JEFFREY
TOUSEULL, JENNIFER GILMAN, WENDY
MATHIS, LORA WITTE-REHM, HANA
NAKATA, SAMANTHA FRANZESE,
NICHOLAS BELLER, CHRISTINE HARRIS,
GENE DAVIS, AMY RAYMOND, JAMES
SNOKE, CHRISTOPHER FELDPAUSCH,
KATE HENLEY, KESHA HALL, GERARD
NASH, JESSICA EDWARDS, ANDREA
ORTIZ, CHRISTINE LIVINGSTON, IVA
NOVAK, ALEJANDRO VERDIN, CELIA
BARTON, ARMANDO JIMENEZ JR,
ALLISON NELSON, CRISTINA EWEN,
PHIL BROW, MISTY PARSONS, TYLER
REIDL, COLBY LAPOLLA, MAURICE
DURGAN, ALLISON DENNING, ALLISON
TURESON, CHRISTINA VOSS, ANGELA
THOMPSON, CALVEN WALDNER,
JOSEPH HERRERA, WILLIAM BARNES,
LATOYA STATEN, JEREMY BUSK, ADAM
HALL, GABRIEL BROWN, FRANCHESCA
LOZADA, RACHEL HOLCOMB, GEOMAR
RABANAL, MICHAEL SALAZAR,
STEPHEN THAYER, BRIA DUNLAP,
GENEVIEVE CROFT, STACY ERWIN,
KEIRSTON TAYLOR, NICHOLAS ULM,
MARY WILSON, DELLA FORD,
REBBECCA CAYA, DONALD BARNETT,
SYDENY HAMLET, KASSIDY IVERS,
ALONZO ESTRADA, ANGELA TURNER,
MONIQUE MENDOZA, ADAM VINCENT,
KENNETH GRANT, MIGUEL ROAN,
CANDICE WING, JESSICA YOCUPICIO,
MIKE MOORE, TAMMY SMITH, HEATHER
YOUNG, JADE SCARLETT, JACQUELINE
FARROW, TINA THOMAS, KELLY
CARROLL, ROSELLA DURSO, RITA
BROCK, MEGAN OLIVER, RONALD
PINCHICK, BRADDON KORB, SYLVIA
JIMENEZ, JAZZNAE BULLARD,
MICHELLE GIPSON, ALEX SMITH,
ANTHONY WHITE, MICHAEL PRATT,
LORRAINE BENNETT, JANET DRAGONE,
DANTONY YANG, CAMELLA BERENDES,
ASHLEY PHIPPS, JENNIFER ADAMS,
MACI VAN VALKENBURG, TELLIS

JOPLIN, LAUREN ENGELBRECHT,
REBECCA HOERNER, HIBA ALKASIR,
ADAM THIELE, CHERI BRYAN, MICHAEL
BONACCI, ZELIMHAN ZAOURBEKOV,
ADAM KAVANAUGH, KAITLYN
COLEMAN, DAN DECLUE, MICHAEL
CARATHERS, ANDREW HENDERSON,
HALEY SCHWARZKOPF, DALLAS RAAB,
TABATHA HIGGINS, ARCHIE NELSON,
KAYLEE FOSTER, EDUARDO GARZA,
DARRYL ELLIS, TAMARA MARTIN,
VICTORIA SCHERMUND, MICHAEL
BUNDALO, KENNETH RICE, ERICA
PARKS, BOBBIE LYONS, VALERIE
NELSON, KORI BACON, ILONA
BERECKIS, TIMOTHY ALLISON, JOHN
HAFF, RONALD MOORE, PAMELA
DUDLEY, TIFFANY CORNAY,
CASSANDRA BOXLEY, CATHY
WNUKOSKI, LETERESE SMITH-
BALDWIN, AMY BECKER, MELANIE
MARSHALL, AMANDA REICHLING,
VICTORIA MATAS, AMANDA RYBURN,
JONATHAN FOOS, CHRISTIE ENCINIAS,
ANDREW BOGGIO-DANDRY, TAMEKA
STANLEY, JESSICA GUTIERREZ,
JENNIFER ROBERTS, NINA ROZZO,
BRIAN JASON, EDWARD RICKMAN,
STEPHANIE MALKOWSKI, NICOLE
SHAFFER, HOLLY METESH, SHANE
KENNEDY, ZACK WILMOT, LAUREN
LOUGHRIDGE, JACK MITZENMACHER,
MARY DOOLIN, ADAM BEDGER, JUDY
MOORE, HEATHER PERNOT, RYAN
MARKS, RAUL ROSARIO, SONIA HARE,
PATRICE REED, ANGEL CRIST, IAN
CHAMBERS, LANCE THOMPSON,
KRISTINE KLEVE, TYNISHA EDWARDS,
KRISTEN ROGERS, NATHAN SANCHEZ,
PATRICIA HENSON, JESSICA BUFFO,
SARAH DRONE, ROSEMARIE
STOCKTON, KIMBERLY TAYLOR, JERRY
AVILA, CARRIE PIZARRO, STEPHANIE
TASH, SHYANN MACE, BROCK MARTIN,
LAUREN AHLERS, DANIELLE JONES,
LARRY HUTCHISON, KAYLYNN LANG-

SKJEVELAND, SANDRA LASSITER,
JOSHUA MARTINEZ, CALEB FARMER,
GLORIA NGUYEN, KAYLA EVANS,
BRIAN HURT, ERIC SMYTHE, MARIEA
CROWDER, CHRISTINA MITCHELL,
MEGAN WILLIAMS, SHARLA MICHELLE
ASH, ALYSIA JACKSON-STEPHENS, TORI
STOWICK, MICHELL EVANS, JOSEPH
BOWERS, LISA HICKS, CODIE
SCHNEIDER, AMIE JENSEN, CHRISTINA
MACFARLANE, KIM MACKENZIE,
JENNIFER TATE, AMY FLOYD, VONZELL
CUMMINGS JR, JOYRLLE SCHROEDER,
DAWN KILLIAN, IRENE BOUDREAUX,
MICHAEL TRAINOR, CHRISTINA EVANS,
MARIVEL MENDEZ, FELICIA MENDEZ,
SHANNON MARTIN, SARIAH ODOM,
ROBERT POPPO, ERIC LIMON, JACOB
POTTER, TAMBRA WHITE-LINDSEY, ANA
HURTADO, ADAM PATTEN, LEE MARTIN,
PATRICE LABEACH, DANIELLE JULIUS,
AMANDA HASTINGS, AMIT JOHARI,
MATTHEW LAWRENCE, AMANDA
GUTERDING, LESYA HOOPMAN, RANA
BOGAN, MELISSA GAMBLE, JENNIFER
WALKER, MEGAN WHITTECAR, KAITLIN
NYE, NATASHA TOS, KAYLA SMYERS,
GARY TRBOVICH JR, JESSICA SEIN,
CANDIS MULLIS, JACQUELINE LOPEZ,
ELEANOR ROBINSON, STEPHANIE
MACEK, DANIELLE SMITH, JEAN
OLIVER, REBECCA HONER, JOANNA
MARIN REYES, BILLY GENTRY, MILTON
GARDNER, JONATHAN MCMURRY,
KIMBERLEY RODRIGUEZ, BETH
COPELAND, ANDREA BURY, CHARLES
CLAPPER, COURTNEY MAFFITT, JILLIAN
WHEELER, CHRISTINE BEADERSTADT,
ALANA BENSON, AURELLIA HARRELL,
JANAY WATSON, JESSICA HAMPTON,
AMY MCALLISTER, RODOLFO GARCIA,
SHANNON VALERA, MEGAN
MCKERNAN, SARAH BREARLEY,
DENNIS TIRADO, DEANNA WARRINER,
SAMANTHA JUSTICE, CHRISTINE HUNT,
NICK ROBINSON, KRISTINA HELLMANN,

LIZ HARRIS, TAKIA EDWARDS, DUANE
NALLS, BROOKE OZEE, ALEXANDER
GRUBER, JOSHUA CADIZ, MELISSA
CHYRKLUND, ALICIA DIRKSEN, GARY
MITTELMAN, MARTINIANO GARCIA,
BRI LANTHRIP, ORTASIA COLLINS, ERIN
MILLER, JENNIFER STENSON, TIMOTHY
GREEN, JEFFREY CONAWAY, CHRISTINE
DAVIS, AMBER HARVILLE, CHASTITY
FERNANDEZ, FAYE HUFF, KIMBERLY
YOUNG, JENNIFER SPICER, NATHAN
GONZALEZ, KENNETH HONAKER,
BLANCA GONZALEZ, KELLY ROUSE,
RANDY KING, REBECCA LEAR,
BRITTANY SEELOFF, CATHERINE
BERGIN, BREANNA RAMIREZ, TAYA
HUTTON, JENNIFER GARCIA, KRISTI
SHAW, JORDAN HARKNESS, SHELLY
HUDSON, FRED MEDEIROS, ANGELA
MARTIN, SABRINA BOONE, VICTORIA
REED, KHADIJAH DANIELS, DAVID
GRUBOR, STACY CAWOOD, DIANNE
FIGUEROA, LORI GELGUT, HOLLY
BOTTS, JAMES YARNO, HEATHER
THIGPEN, SHAY KELLEY, AMBER
PHILLIPPI, MARK RAILSBACK, RICCI
REIGLE, CATHERINE PATTERSON, TEEA
WYATT, TERESSA FIKES, KEARSTEN
PAPPAS, CASSANDRA ERICKSON,
YASHIKA HARRELL SMITH, AMANDA
BREMER, SHAWN LINN DAVENPORT,
BRENT PAUL, KENNETH VAN WIE II,
TAMMY KEARNS, JULIE CLIFT, JESUS
NAVA, AMBER ROYER, RALANA
FULLER, BENJAMIN FOSTER, CHRIS
DICKERSON, DAVID GILLASPY, SHEILA
HENDERSON, LAURA PREWETT, JASON
LANOIE, JENNIFER BEMAN, RICARDO
RAMIREZ, TYLER THORNE, KELLY
JOHNSON, SANDRA REH, TYLIA COLE,
JAMES DAVIS, KIMBERI SANFORD,
CHAQUITA WASHINGTON, BRIAN
MOORE, CHLOE LARSON, ANDREW
COOPER, CHRISTINA DANNENBERG,
DESHONDA CHILDRESS, MOLLI
GRIFFIN, BRIANNA STINNETT,

ANTHONY TURRENTINE, SARA
STEELMAN, JESSICA PHILLIPS, EILEEN
ERWIN, MAUREEN LEWISON, NICOLE
STEFANO, JESS OLSEN, RAQUISH
FOSTER, AARON HOLDER, SIMONE
SKEENS, STACY PHILLIPS, KAITLYN
OREILLY, JAN HAASE, NICOLE
SHEPPARD, JASON HARMON, SARA
MILLER, LOUIE WONG, BRANDY
SAPPRAICONE, JENNIFER BALTHASER,
KEN KUWAHARA, CASSIE JOHNSON,
SHAWNA GUERRERO, AUDREY HAIRR,
DANIEL HALLQUIST, ELEANOR JONES,
DERON ROBERSON, JONATHAN MOCK,
JENNIFER HOFFMAN, RACHEL
LAWRENCE, SUMMER QUINTANA,
SHANNON PATTERSON, JOHN
PASCARELLA, GREG BARNES, LISA
MATTO, CANDY EVANS, CHERI
BLACKBURN, JENNIFER VEGA,
JENNIFER RANGEL, TYMETRIUS
SHIVERS, GILDA APARICIO, JOSE
FRAGOSO, CAROLINE GARDNER,
SAMANTHA LORD, RAGHU RAMESH,
PAIGE BUTKA, DUSTIN SHRECK,
MELISSA BRYSON, HAYLE KENDRICK,
CHARLOTTE BETCHAN, ANTHONY
KOSIARA, ALISHA ARBOGAST,
JENNIFER CONKEL, JADE BLACK, AVINA
RICHARDS, STACY GREER, JACI
MUCHA, KEVIN STEPHENS, BRYANA
SZEPI, CHELSIE CROMPTON, JENNIFER
BABCOCK, JESSICA KUSHA, STEVEN
JOHNSON, CHAD FERGESEN, WILLIAM
MUSSO, CELESTE CARNEGIE, PRISCILLA
HENRY, JASON HARDY, GABRIEL
GONZALEZ, CLARISSA SIMMONS,
ALASHA HILDEBRAND, ANGELA
WIESNER, MATTHEW ANDERSON,
COURTNEY LIEN, JACOB MARRERO,
BRITTANY MOORE, TRISHA HALL,
DEANNA SAMBRANO, JESSICA
NORTHRUP, AMANDA DODGE,
BRITTANY BOUNTHON, JEANA
DUNCAN, SHAWN SOSNA, ALISHA
RODRIGUE, JOSEPH NAVA, DAWN

KOSLOWSKI, MICHAEL CASABIANCA, KYLE MILLAN, AMANDA OATES, RACHEL GARNER, STEVEN DOROSLOVAC, HONEE LEE, WILLIAM RICE, ERIC LISON, STEPHEN WALDRON, SACHAKA STEWART, FRANK ALBANESE, RUDY ALBERT HERNANDEZ, TERRY MCCORMICK, MELISSA AUSTIN, COURTNEY WHITE, VAL VARGAS, STACY HOWLAND, TABITHA THACKER, JESSICA JOYCE-CERVANTES, HEATHER HACKWORTH, GEORGE HIRNER, RACHEL CALLAWAY, LINDSIE HEFFINGTON, NICKOLAS GOLDEY, KRIS MALLORY, MEGAN STREETER, LEEANN SMITH CHERRY, CEDRIC WILLIAMS, ASHLEY CROUSE, ANNA CUSHMAN, BRIAN RANSHAW, JUSTINE MACRAE, SUSAN STONER, BRIAN REESE, STEVE SWAIM, BENJAMIN ORDAL, DAVID NICELEY, FELICIA RAPRAGER, JULIAN LOPEZ, ARIELLE YODER, AMY PINTO, KIMBERLY EDDY, ROBERT BROWN III, RAYNEEKA BROWN, TRACI ALBAN, PATRICK MORRIS, KELLY CRONIN, JASON RENNER, NICHEA HUGHES, PAUL RAMIREZ, JONA ROMANO, KIMBERLY REESE, JAIME MURPHY, HEATHER JUKICH, MEAGAN GONZALEZ, ANGELA ECKLES, BREANA NOLEN, JAMES BING, BRITTANY VOLPE, JENNIFER EASLEY, TRICIA SHACKELFORD, CRYSTAL BROOKS, KIRSTEN BICKHAM, JENNIFER GRASSO-TORLISH, TAYLOR FELTZ, AMISHA MCMAHON, JUSTIN TAYLOR, LISA CASTILLO, MONICA KRZANKOWSKI, JENNIFER GUITRON, JESSICA POWERS, KEEGAN MOHLER, MAGANA BERNARDO, REBECCA ANDERSEN, AMBER CONN, JESSICA ALBERTSON, AMBER JAUSS, RANDY GOMEZ, DEREK MAROTTA, AMBER LESSING, DANIELLE LADUE, PATRICIA DILL, MEGHAN MCGUIRE, RUMEN JEROME, MICHAEL GASPARD, ERIN

MINICH, ANDREW WALTERS, CHYENNE
HEILMAN, HEATHER BYRNE, GARRETT
SUMMERS, WILLIAM REDICK, SARA
MADDOX, GREER KHRISTIAN,
MICHELLE MORALES, CHRISTINA
BULMER, HOLLY AGEY, AWILDA
REGALADO, AMANDA BARNES, JOHNNY
HERNANDEZ, JESSICA HELTON,
NATALIE LUND, TAMMY DANG,
ANDREA ROBSON, MYRNA SAHAGUN,
DANIELLE COURT, BRANDEN BUTLER,
JOHN WEBER, ANGELA REISER,
ANNJIKAR ALVAREZ, PATRICE
VAWTERS, CHERRY BARRERA,
MARSHEA JOHNSON, ANITA HAYES,
GORDON BARNES, CONNIE FIELDS,
TARA KONIKOWSKI, RAYMOND
ROBINSON, DESTINY KITCHEN, CARRIE
LEMIEUX, DAN JENSEN, GABRIELA DE
ANDA, JOSE HERNANDEZ, BENJAMIN
FOX, CODY BURGESS CURRY, DANIEL
JACKSON, BRIAN WRIGHT, TRIXIE
GOMERO, MIGUEL SUAREZ, GINO
AVENDANO GARCIA, ALLISSA
THOMPSON, ADRIANA BARBOZA,
THERESA BOYDSTON, JOSHUA HUFF,
JENNIFER KOZELKA, ANISSA POWELL,
AMY ALTMAN, JASMINE SMITH, LORI
SIMMONS, VICTORIA ARMSTRONG,
JOANNA GALAYDA, MARIQUETTE
BOULTON, DEVON ORTEGA, SIMONE
SEVERSON, HUNTER FIELDS, SIERRA
HUGHES, APRIL ONEILL, MICHAEL
ROBERTS, STEFANIE P HINES, NORMA
WOODARD, BRANDY BROWN, HEATHER
MCLENDON, ERIN JOY ROS, ANGELIQUE
RETANA, ANNETTE SMITH, JACINTA
NOBOA, ALANA ANDEWIEL, MICHELLE
INGRODI, JASON GREENMAN, LINDA
WEAVER, YAMISHA WILLIAMS, AMY
BRONAUGH, REONNA HALLION, KIM
ESHENRODER, MEGAN EATON,
DEBORAH LUDDEN, DESIREE IRWIN,
KIERSTIN WHITE, MARYJANE JUSTICE,
STEVE KUCHTA, JONNIE MITCHUM,
TRACY GAIDA, MARK REXROAD,

KELVIN RAMA, MARIA OROPEZA, TODD
HURLEY, GERALD HOPP, CHRISTA
OGATA, MATT KINSMAN, JOHN-PAUL
SAUNDERS, PHYLLIS OCCHICONE
DECKER, TOMAS ALLSBROOKS,
KRISTIM MILLER, CHRIS CRANE,
JUSTINE COOMLER, RASHELL
WILLIAMS, MARY CLOSE, DESTINY
GLEASON, KEVIN KILLRAKIS, JOSUE
REYES, DANIELLE HELFER, REBECCA
COLE, JULISSA LOZA-JOSEPHSON,
JULIEN JOHNSON, TAZIANNE
MARSHALL, NICOLE CONGO OYEJOBI,
BURHAAN SALEH, JEFFREY WEISS,
JUMILYN ANINAG, JASMIN FORTES,
LYNSEY SPIGLE, TRISTA RICHARDSON,
TAYLOR PORTER, TANIYA FAROOQUI,
CHAZERAE RICHARD, RONNIE
THOMPSON, INDIANA BROWN, JESSICA
MICHALSKI, CHRISTOPHER ROBERTS,
CHRIS LEWIS, ELIZABETH REYNOLDS,
JASON EMERY, GREGORY KOWALESKI,
GABRIELLE DICKENS, MISTY AGEE,
ANGEL PACHECO, TINA MONTALVO,
MEGAN OLSON, AUSTIN SEAMAN,
HEATHER BROWN, ALLISON BATTLES,
MATTHEW LACROUTS, BRANDON
SWIHART, MICHELLE REIZNER, TARAH
PETRONE, JESSICA MONTERO, VICKI
STATKUS, APRIL DEMENT, MITCHEL
MALOTT, RACHEL KEMP, ELIZA
CARDENAS, JASON PARFITT, RAYNE
GONZALEZ, BRYAN CROWE, RACHEL
MUENCH, ASHLEY HUNT, JOY OBONG,
VICTOR AYALA, CHRISTOPHER QUINN,
LYNDA PHELPS, ANGELENE DOUGLAS,
MELISSA MOSLEY, DAWN PAGE,
KANDACE BROCK, IRMA ALVARADO,
LUCIA LINDEN, JUSTINE SCHMIDT,
ALAN DUNNING, CARISSA GUESS, NICK
STEINSEIFER, MARY GEORGE, DANIEL
CONE, BRIAN VAN WAGNER, NESLIE
MALDONADO, EMILY DANIEL, SHELBY
MORRIS, WILLIAM HOWARD, SARAH
EDDY, JON HALL, RANDALL NOXON,
TABETHA BRUMMETT, MISTY OBRYANT,

JENNIFER SCHOOT, SABRINA LESLEY,
ALONZO BAKER, RICHARD KOZACK,
ALEXANDER FROST, EMMANUEL
ESPERANZA, MELANIE PELLEGRIN,
ASHLEY WEST, WHITLEY MCCOLLUM,
JAMIE PORTUGAL, CATHY SHEHORN,
HANNA BROWN, NATALIE MERO, ROBIN
WILSON, KATHERINE MORALES,
ABIGAIL ROMERO, KATRINA MANZO,
JENNIFER ROBINSON, CHASTITY JONES,
ADRIAN LEDESMA, MICHAEL MEYERS,
MICHELLE ALVARADO, CHANE KELLER,
ZACHARY ZOBRIST, DORIS STOPKA,
DENISE TILLMAN, KRISTOPHER
PULVER, TIFFANNIE SANCHEZ, SUSAN
SOLMES, EUN CHO, SAWIDA GLADNEY,
JACKIE CIPRIANI, MICHELE
STRACENER, RACHEL PERSINGER,
DAVID COUTURE, COLE DAWN, BRENT
CHARLES, MELISSA UHRIN, LAURA
BURRIS, JOHN VINCENT, JESSICA
FLEEGE, CONNOR WOOD, ELISSA
OQUIN, ELVIA GUTIERREZ, ALISON
CRANE, ASHLEY USELMAN, OSCRETTA
ROBINSON, DANIEL FARNSWORTH,
TARA MILEFCHIK, ARIANNA CARSON-
HOLMES, ERIN SALVATORE, TINA
HENSLEY, MARIO SAGASTIZADO,
JOSIAH LORUSSO, JUSTIN LEVESQUE,
DONNA JOHNS, CAITLAIN BARRETT,
CONNOR CAUGHLAN, LAURA FLORES,
STEPHANIE SWITZER, HEATHER
VAZQUEZ, BOBBIE LEY, FADIE GHRAIB,
CHARLOTTE CAMPBELL, TAYLOR
FLOM, STACEE WASHINGTON, JENNA
KENDERDINE, DAVID HURRAY,
GUNNAR BRON, AMANDA PEARSON,
SHERI KNIGHT, TONI JOHNSON, AMY
LOWE, KELLY STELLING, VIVIAN
LYNCH, JOHN FINN MC FADYEN, BRIAN
BOCK, CLARA MANAK, JESSICA
MARTIN, CHELSEY CAMPBELL, NICOLE
MATTMANN, LYNN ALLEN, MISTY
WHALEN, JEFFERY HARTMAN, DWIGHT
ARCENEAUX, ELVIRA OLVERA,
WILLIAM HOLMES, TIMOTHY SHANK,

HEATHER SIMONS, TRUMAN HUGHES,
ABIGAIL PACHECO, TARA CHURNEY,
DONNA BRASHLER, MONICA SAMII,
PAUL LONGSON, GINA FIASCHETTI,
CELESTINA LEAL, GINGER CUTLER,
SABLE BEALE, CASEY PACKER, ANGELA
CUMMINS, AMBER BALDWIN,
NASHONDA WELLS, CHRIS PORTER,
JUDI SMITH, NICHOLE MCQUEEN, LUIS
CASTILLO, DAVID ROBINSON, MARY A
HOLT, JEFF WHATLEY, TRACY
SMOLINSKI-PATTERSON, HANNY
MOUSSA, JAZZMINE GRAHAM,
HAISSAM SABRA, SHANNON GOODSON,
MARIA CASTILLO, TRISHA DURST,
STEVEN SHEAR, MONICA RUYBAL,
GWENDOLYN AUCKLOO, SANDRA
TURGEON, KATIE FREICHELS, CALLI
CONNER, ALICIA DUDLEY, DANIELLE
FORD, JUSTIN SAYLOR, DANIELLE
WHITEHEAD, JENNIFER PLATT,
AMANDA CONRAD, DAVE PECK, NOAH
PARRY, HALIE FOSTER, PAMELA
BARBER, CHRIS MCCONNELL, SHARYL
BRAYTON, KARA JONES, ANDREA
SIMPSON, JOSHUA ZIMCOSKY, TEPPERA
CHESHER, HEATHER BALL, MEGAN
THOMAS, STEPHAN LEWIS, KAREN
TEMPLE, MARK MCMINN, MAEGHAN
REILLY, CALAI STEVENS, DENISE
ARSENAULT, OMAR GRAHAM JR,
NANCY HANEY, TONY SEBION, CARRIE
GALLWITZ, ALYSSA BERGBIGLER,
BRIAN JONES, BARBIE BROWN, EVAN
WEHUNT, SHELLEY PARKE, ANGELITA
CHARLES, JANICE SISON, CALANDRA
WALKER, JONATHAN HILE, MICHAEL
MCWILLIAMS, VYCTORIA KRANZ, LISA
MITCHELL, DESIREE BURTON, NIKI
GUILLORY, CALEB BRAU, CLAUDIA
TRIPLET, PAUL HOPSTER, ROGELIO
ANGUIANO, AMANDA HAMILTON,
KATHLEEN CAGLE, ELISHA BOOKMAN,
KATHERINE DONOVAN, MICHELLE
VICKERS, CHARLES LAUREANO, HATTI
SHELTON, JEN PIERSON, STEPHON

HOLMES, JONATHON SHEPLER, CHRIS
HIGGINS, AMANDA CLEMENTS, TRACIE
WATKINS, MAGGIE RANDALL, SHIRLISE
CASTILLE, DEVON THOMPSON, APRIL
WINDER, ELIZABETH TREVINO, MISTY
LARSON, WILLIAM NATAL, RYAN
PACIANO, KATERINA TALESKA, KELI
NELSON, AMANDA ALLEN, SAM LOPEZ,
LISA BAYONNE, SHANTEL NESS, MARIO
SANTILLAN, MONIKA BLACK, REBECCA
BLAKESLEE, CAITLIN EICHER, MOISES
ALVAREZ, KEASTEA GRIFFIN, MATT
CRITES, DANIEL COLLARD, CRISTIAN
DE LUCA, ADAM STEINBERG, JESSICA
HOWELL, ZOE NELSON, KEVIN
MASUDA, ASABIA GONZALEZ,
JENNIFER PAONE, TARA MEHRING, TIM
AUGUSTUS, MICHAEL ALSUP, JOSH
GROPPEL, HEATHER WILSON,
ALESSANDRA CARBONARA, DAVE
LAWSON, SARKIS GARABEDIAN,
JENNIFER DEGROAT, JASON HALBERT,
JOCELYN TYLICKI, ARLENE GONZALEZ,
GISELE NORRIS, CLAUDIA CARPENTER,
RICHARD POLICARPIO, CHRISTOPHER
WOOLWINE, KYLE WHITFIELD, SCOTT
LUCAS, ANDREW WINN, SHELITA LAW,
CHARLES MICER, MICHAEL RILEY,
SHELBY LEONARD, BRIDGETTE
SCHWARZ, JENNIFER AGEE, SOPHIE
TIBBETTS, DILLON WYATT, KARLA
PECK, CHRISTINE MARTIN, JERI MCGEE,
DAVID THURMAN, AMANDA DAVIS,
RAYMOND TAYLOR, MANOLA GILL,
ARIELLE EPSTEIN, JULIE JAMES,
CHEYENNE HUDSPETH, ROSEN MARK
GERALES, EVANGELINA GONZALES,
LISA DIEGO, MATTHEW GOODMAN,
LILLY APRIL, BARB GROTH, JODEE
WEDGEWORTH, CHRISTOPHER
BIRDSONG, MICHAEL CASTLE, PERLA
ESTRADA, DAVID ZENGOTITA, DEATRA
FINLEY, JASON BRATTER, TYLER
THORNBERRY, AMBER FORTENBERRY,
TABITHA CROSS, JENNIFER ALANIZ,
ANTHONY THERIAULT, LISA SAUNDERS,

JUSTIN DOTEN, MELLISA BEDWELL,
ISAIAH FRANCO, LEE SOLOMON, BRIAN
BOLTZ, STEPHANIE WORLAND,
BRANDY JOHNSON, EDUARDO
MELENDEZ, LORRIE QUARRELL,
KENNETH TINDAL, BARTLOMIEJ
JAMROZ, ASHLEY ROY, MARIO GARCIA,
SHEENA HANLEY, SARA COACHE,
SHANNON ANDERSON, PHILLIP
GREINER, SUSAN ASEBEDO, NATHAN
WEBER, LAUREN KEHNAST, RICK
GUTIERREZ, ANDARRIO ABRAMS, EVAN
STAGNARO, TERESA OCHOA, GARY S
LEVERETT, JACQUELINE BECERRIL,
MELANIE BARRAGAN, DANIELLE LOW-
WATERS, KEITH HOLDER, CHELSEA
CLARK, ASHLEY WILLIAMS, NATALIE
JIMENEZ, CHRISTINA BAZAZO, JADE
LEWIS, AMANDA SMITH, ANGELA
FRENCH, ANDREW WIGERN, MICHAEL
VAN BLADEL, JASON WRIGHT, JOSEPH
GARCIA, ALEXANDREA DAHLSTROM,
STEVE SULLIVAN, CLARISSA EVERN,
KELLIE HAYES, JENNIFER ROACH,
JOHNATHAN MALLIOS, MICHAEL
AGUILAR, SHAARI JAGHAI, GILBERTO
ADAME, KATHERINE WOODFORD,
ANDREW NELSON, ANGEL CHEESEMAN,
DEANNA PRICE, COREY SECHREST,
JESSICA TRACY, RIPLEY DEAN, CRASH
DECKER, REBECCA GLOVER, DANZELL
MILLER, MICHAEL ESPARZA, STANLEY
CEBALLOS, TRENTON WICKER, RAELYN
MIHALY, JAMIE FOLEY, RUETTA GRAY,
KATHLEEN FLYNN, KATRINA ERICKSON,
ASHLEY FORTIER, SHANNON
CONSTANTINE, WILLIAM COLLINS, LISA
CALDERWOOD, STEVEN FANCIL,
STEFANI MEJIA, NATHANIEL MARTINEZ,
RACHEL JUAREZ, JASON RAMSEY,
MONEA LONGORIA, DEEDEE WILSON,
ENRIQUE RODRIGUEZ, LACIE ALLISON,
DESIREE SCHLUNEGGER, HOLLY RUDE,
MATT REESE, DIANA RUELAS, JOHN
SHEPHERD, JENNIFER SOLIS, JOSH
SHAVER, SAMUEL DAVIS, TAMARA

DRAKE, JEREMY TIMMERMAN, ERIC
BENSKEN, ISRAEL GARCIA, THOMAS
HURLOCK, GABRIELLA TASSONE,
KRISTINA PHILLIPS, KAYLA SHELDT,
TOMAS NATTERSTAD, COURTNEY
CLOSE, ALEXANDRA RUEDAS, RHONDA
LYON, KRISTAL MIZE, BRITTANY
WASHINGTON, MEGAN CARRASCO,
JODIE MCKINLEY, MARY LORD, ALICIA
FELTON, MARY MCFARLAND, HANA
CHOI, LAKEASHA MCDONALD, SYDNEY
MERTEN, VALERIE MIYATAKE, SCHYLER
SCHYLER, JEREMY LEICHLITER,
BENJAMIN SOTO, TERESA WINSTON,
KRISTINA ADAMS, AMELA MUKIC,
BRIAN MONTOYA, SAMANTHA
THEROUX, LAURA GONZALES,
DOUGLAS CLANCEY, TAYLOR
LEATHERMAN, JIM BOYD, ELLISHA
RADER, ANDREW SAULS, SHAKE
ANDREASIAN, TRACEY HEATH,
MARIBEL LOERA, VALERIE RAMIREZ,
SHANTELLE NEWMAN, CHRIS
D'OLIVEIRA, MIKA DIXON, KEELEY
MCDANIEL, JESSICA ROGER,
CATHERINE ROGERS, JACOB NELSON,
GLENN RUBIN, SARA TOMLINSON,
NERISSHA HUNT, KRISTA PROVENZANO,
ROBERT LYNN, SHIRLEY HALLY,
PORSHA CROME, PATRICK DEWEY, KERI
HOLCOMB, BREANNA COUCH,
GABRIELA QUIJADA, JENNIFER WILES,
PATTY HATTIE, SEAN HEGGAN,
HEATHER CARSON, MICHAEL GREENE,
ALLISON BARTOLOME, JUSTIN
HERNANDEZ, PEDRO TRINIDAD,
ANJEANETTE FRANCO, KAREN HEADY,
BRITTANY KRUSE, MYRON WEIRICH,
AMANDA REEDY, KERRY LEY, JOSEPH
WISMANN, SARA BUMGARNER,
CYNTHIA TREMBLAY, JAMES WITT, AMY
WILES, SYDNEY HORNSBY, PATRICK
CHAFFIN, KEITH KINSER, JOAQUIN
BRUNIE, SHERAE HONEYCUTT,
CHARLEEN BYBEL, WILLIAM
KUNSTLER, SAMANTHA WINGO, LEANN

DOMONOSKE-KELLAR, MIKENIN
HOWARD, CHRISTINE ARRINGTON,
KELLEY DICKEY, DANICA MARETTI,
JAIME HOLMES, BRANDON RENDON,
RENEE CONNELLY, NICOLE BRAXTON,
MELONIE HEU, MICHELLE DALTON,
JESSICA CAMPBELL, CHRIS TIMBES,
KATIE SWITZER, NICOLE MAJETIC,
MICHELLE OLSON, TAMARA COMBS,
SANDRA CHACON, MICHAEL KUHNS,
JEFFREY BOOKER, KELLI GREEN, ALEX
BRONISH, CANDACE DRICKS, CLARK
LEWIS, JIM FRAMPTON, ROBERTA
WALLACE, LEWIS COLEMAN, ANDREW
JOHNSON, JENNA WILLIS, NICOLE
ELLIOTT, OFELIA MARTINEZ, ABIGAIL
JUMP, HOPE MORGAN, EMILY RITTER,
TWYLA PRUITT, ALEX BLESS,
CASSANDRA LUGO, NEIL ICE, STEWART
SAIN, EMILY BISHOP, KIMBERLY
BRADLEY, ANDREW BENNETT, DAVID
MOORE, KAYLA ULLOA, SHAWN
ANDRING, SHAWN KLEPPE, ALEJANDRO
MORENO, ROBERT MILLER, DENESY
ARIAS, SARAH BELLIN, JENN ELIE,
JAIMI ARMOUR, EMILY DORAN, PAOLO
POCRNICH, CHRISTIAN GODDARD,
RICARDO CASTRO, BRENDEN DUNN,
MATTHEW DEFEO, CHRISTINE BURAS,
RYAN AGEE, MATT WILGENBUSCH,
KARMA HUNTER, ALEXANDRIA GIPSON,
LAKESHIA ANDERSON, PAUL MUEHTER,
BRIAN HORTON, ELIZABETH CARLSON,
CAITLYN O'NEAL, COURTNEY MARSH,
ELIZABETH LONG, ROBIN PLUMMER,
GABBY GRIGGS, NOAH BUNAG,
CHRISTINA HAILEY, JOSHUA
OSTROWSKI, BRANDON ROSSER, PAULA
CHRISTENSEN, RICHARD ALCEDO,
TRACI BERRY, WILLIAM LOMAN, JARED
SMITH, CHRISTIAN AGUILAR, ADAM
EIB, KATIE LAWRENCE, KIRI WATSON,
MARIKA FULLER, AMANDA TRAFT,
NATASHA BENNETT, MARCUS
WILLIAMS, VICKY KIRK, BRADLEY
LAVAN, ANGELA HEARD, ALLYSON

PETERSON, ROBERT KELLY, JAMIE
DIETZ, CORINNE IRIZARRY, STACEY
PECKHAM, GWEN LITTLE, DELTON
HOGAN, RACHEL BITTMAN, GERALD
LEATHERWOOD, ANDREW LAKE, JAVIER
DELGADO, SKYLAR HALL, ELLEN
HULBURT, TAMMY POPE, KANDIE
LANTZ, KATHERINE JONES, RACHEL
FELD, STEPHANIE MORTON, NELSON
GUZMAN, NICOLE LOPEZ, THERESA
FERGUSON, DONATHAN KNOWLES,
TAMARA BORBON, JILL OWEN,
MICHAEL JACKSON, GREGORY
BASRALIAN, DAVID PLOURDE,
TIMOTHY MOELLER, CHARLEE
HERZBERG, DEMIR BRACIC, STACEY
SPENCER, CARLY PLATT-COYNOR,
CALLIE HEATHSCOTT, RODRIGO
MALDONADO, MARK KLENKE, JANINE
OWEN, VICTOR HARKINS JR, AMANDA
GROVER, SHAINA LEITCH, COTY
GREASER, CHRISTIAN COOK, BRANDY
HOBBS, RITA HAMLET, SAMANTHA
CLEMENS, LUIS ERNESTO PLEITES,
JENNIFER ROBERTS, KLARISSA
BACKES, SARAH FREMONT, JOE REILLY,
LINDSAY OGLESBY, SAMANTHA
DEATON, CHRISTIAN WILHELMSEN,
DONNA WAGNER, MATT GRAFFIA,
JEROME GODDARD, THERESA
SCHUETTE, ABDUL PATTERSON, CHRIS
ROETTING, VERONICA MOORE,
MICHAEL GOODMAN, PAMELA PATE,
ADDISON CARPENTIER, RICKY
BARNUM, HALEY SCHEFFLER,
JONATHAN BLAIR, ZINITRA DIXON,
DESIREE PATRICK, KARRINA FUDGE,
MARK HOWARD, RACHEL KUSE,
JEREMY COX, TIFFANY TURNER,
CATARINO SANTILLAN, TIRZAH HEIDE,
GAIL HEYWOOD, CRISTINA PUENTE,
MELANIE HEADY, AARON BOYCE, HEIDI
CRAIG, KAREN STAPLETON, ANITA
REYES, KATHY NELSON, DAVID
AMMERMAN, LATONYA HALE, KARYL
HAWCK, ANAHI IBARRA, AMANDA

SCIACCA, MELISSA QUIGLEY, KRISTINA
TRAMEL, MATT DOWNER, KARINA
TARANTINO, JENNIFER WEBB, SHERRY
LAMBERT, ALLIE MARQUARDT,
JENNIFER COLLIER, SABRINA KNIGHT,
JENNIFER ZERKLE, CHRISTOPHER
TAYLOR, TONDRA JOHNSON,
ALEXANDRA STERN, JOHN WOLTER,
ANGELA RADTKE, SHALIMAR OLLAR,
JOSHUA BROWN, JESSICA HANTA,
JAMECIA ROGERS, VICTORIA MOORE,
ANDREW HART, MELISSA SHEFFIELD,
CARLY CASH, DANIEL WATTERSON,
MARCELLA HARWELL, MANUEL
RAMIREZ, ANDREA HURD, ZACHARY
CROW, SUE PRIEST, LILIANA GARCIA,
PATRICK REYNOLDS, JESSICA FRENCH,
SYDNE ARMSTRONG, PERCY RAMOS,
JEFF RUBY, DENATRA LEWIS, MARISSA
JORDAN-LENZ, DANIEL AMARANTE,
FARRAH DETOMASO, NICOLE MARECI,
WESTON BRADLEY, JOEL BARHAMAND,
JONATHAN CASTRO, ALEXIS RAMIREZ,
BRITTANY GUILLEN, ANDREA BROOKS,
RHONDA BRADFORD, ROBERT
COMPTON, DARLA CASEYSMITH,
DESIREE GOMEZ, AMANDA
RICHARDSON, LAUREN ALLEN, TRINITY
WOODWARD, CHASITY BEATY, JEROME
KEENAN, CECIL HORN, HAILEY GERRY,
DEBRA SALAICES, CATHERINE DAVIS,
ANTHONY DICARLO, RUDOLPH
SOTELO, ELIZABETH PURNELL, PIERRE
LAROCCO, AURORA MCAFEE, CHRIS
MILLER, NICOLE FUGIEL, KATHRYN
VERCILLO, MALORI LAMB, JUSTIN
MADRUGA, CURTIS MEYEROWICH,
TYANA MCLAURIN, LAURIE WILLIE,
MICKENZI GOSS, ANDREA ADAMSON,
DEBORAH FIAMETTA, ZAINAB
LAKHANI, MARAH EAKIN, MILAGROS
REYES, KRIS THAO, DEBI RELAFORD,
MISTY THOMAS-ROBERTS, SHANNON
TAYLOR, JOANNA DOLLAR, OSCAR
OCARANZA, JESSICA BIGLEY, EMILY
TRUNKO, ANDRE JACKSON, RENEE

VILLASENOR, JEREMIAH KELSEY,
LEANNA POLLOCK, BRADLEY SWAIN,
ELIZABETH RAYA, NANCY
FITZGERALD, TRINA FIELDS, SABINE
MILLER, RANDALL SERRANO, RYAN
ADAMS, SHAWN SMITH, CORY
DEMARTINO, JORDAN LANGE, BILL
MINTER, MATTHEW TURNBULL, DONNA
MENDEZ, MARLINA TAYLOR, ROXANN
CASTELLON, DRACIE MCGUIRE,
SHANNON PASH, EVAN DESPARTE,
SHARON POWELL, THEODORE BURGER,
MARTIN BARRAZA, ANTHONY WATSON,
JOSHUA CADY, KRISTINA GIOTIS,
CASSANDRA MCCABE, KAHLA MILLER,
HOLLY TOPOR, AURELIA HERAS,
DIAMOND BRIDGES, MATTHEW
WILLIAMS, JENNIFER CARROLL, LEE
STEPHENS, JOSEPH LAPAN, AMY MAY,
APRIL KUNDID, BARBARA BARRIERA,
TYLER HYNES, TRISHA ROBERSON,
DANIELLE POTTS, TASHA GARDINER,
AMANDA KEITER, SUSAN HALLAK,
WHITNEE MCCOLLUM, NEVA JOHNSON,
MARK CHADWICK, SARA KASSAHUN
ABERA, CRYSTIN MERRELL, AMANDA
STRINGHAM, ASHLEY AGNER, KEVIN
MCHOES, JEREMY WRIGHT, TIMOTHY
GREENWOOD, CAROLINE ULJUA, KARA
SMITH, LISA DELMONT, NEAL NOONAN,
MARC FLACKUS, KATHERINE
ROULEAU, PHERRISE HERD, ASHLEY
EHLEN, CHELSEA LACLAIR, CANDICE
ORTEGA, ALICIA ROUSSEAU, MONICA
CARRUTHERS, TAMARA MOSHIER,
KILEY GARCIA, HOWADANETTE
FERGUSON, PABLO J OLIVAS,
KIMBERLEE ECKLES, LAURA ROSE,
EMILY TAYLOR, ROBERT EARNEST,
MIRANDA SIQUINA, CHARLES GLINE,
KAREN SOPER, MISTY BURCH, ELSA
SCHMEDING, EVERETT MASSOTTI,
JOSEPH VASSALLO, KEVIN HOFBAUER,
BAO VANG, LISA MAGEE, CHRISTOPHER
POPISH, JOSEPH CANNON, SUSAN
HARRELL, TRISHA MERRITT, AARON

FIRKUS, JEFF JOHNSON, LAUREN DODS,
AMBER GALLEGOS, SARA ARGUILLA,
CAROLINE HOOD, ROBIN SCHADE,
JOHN TO, LILLIE SLIKER, MELISSA
KENNEDY, VICTORIA VASQUEZ-
IACANO, RACHEL SHAW, KIMBERLY
PICKENS, TAMMY SOLIS, ANGEL
HOLBROOK, TRAVIS BLOSSOM,
DESIREE TERRAZAS, CHRIS TOWNSON,
JUSTIN CHRISTIANSEN, EMILY GARY,
JEANNETTE MCMULLEN, BRITNEE
RODRIGUEZ, AMANDA MOORE, JOHN
REZBA, BRETT COLAVITO, CHANCE
MAKI, HORACIO ACEVEDO, APRIL
MYERS-MENDIVIL, MINA
AZADIBANDANI, SELINA POLK,
SHATONA HOLMES, MARISSA HILLIG,
AMY ARMALIS, ELIZABETH WALTER,
LAURA NIEDERGESES, JOSHUA
BERRYMAN, DEWAYNE FUNCHES,
LAHOPE THORNTON, BRYAN VYBORNY,
LISA FORBES CONN, LINDA CHASE
NOVAK, LINDA WILLIAMS, JESSICA
GUTIERREZ, DALLIN KIMBALL, NICOLE
COPELAND, LAURA BEEBE, BRIANNA
SILLS, AMADA GARCIA, ROGER CLARK,
MICHELE FREDELLA, TRICIA GAJDICA,
RAVAE LUJAN, STEFAN PITCOFF,
JESSICA BURNS, MARK COMBS,
CHRISTOPHER ABBUHL, JESSICA
CUSTARD, STEVE GRALEWSKI, ASHLEY
LAFARGUE, CHRISTINA OLIVAS,
JESSICA DILLINGHAM, PAULA BROWN,
MARY ANGELIQUE CUCCIA, ABBEY
MEYER, ERIC GAITAN, DOUGLAS
SIMPSON, MARISA JOHNSON, EBONY
WALKER, AMANDA BRAUN, RENEE
HERNANDEZ, LORA WILSON, EDWARD
SZPAK, KEENAN WEISS, PAUL
KUSHNER, RICHARD WATTS, KRISTIN
MARTIN, KEVIN THOMPSON, RANDI
BARON, ARTURO ESCAMILLA, LOUIS
JONES, NIKKI STEPHENS, KELLY
FOSTER, SAMANTHA HENRY, BIANCA
HOPKINS, ZANDRA JONES, ROGER
NEWPORT, JESSICA CHATTERLEY,

ELIZABETH JACKSON, HEATHER
FOWLER, ROXANNE MICHAUD, TAMMY
STACKABLE, DIXIE SHELLEY, KEIRRA
COLONE, JENNIFER ROBBINS, KAYLA
AAGESEN, NIKKI CROASMUN, TRACY
SNYDER, STEPHEN NUGENT, MELINDA
TAYLOR-BOSWORTH, DELPHINE BONO
BONO, CHAI COUGHLIN, AMY
CEVALLOS, KIM SMITH, ANDREA
CHAMBERS, KATIE HARRISON, LIANNE
RYAN, KORRINA COOK, TINA BENZING,
MICHAELA NEWSOM, MATTHEW
LEWELLYN, HOPE GETHERS, WILLIAM
SEESE, JOHN BUTLER, JILLIAN VINSON,
SONIA HERNANDEZ, CARLA TORRES,
KARI ROBERTSON, WENDY YOWELL,
JASON CARLSON, SHANECE HERRON,
AMBER MOLNAR, KYLE ENGELSON,
FRANCISCO ULTRERAS, JESSI SWITZER,
ALETA EBERHARDT, ERICA BARRAZA,
DAWN SWEETLAND-DEANDA, JOSHUA
CAGLE, KELLI WELCH, ANDREW
PONSONBY, RONALD BLACKMAN,
GABRIELA BAZAN, JENNIFER PHELPS,
KEASIA JEFFERSON, PATRICK
MASTANDREA, RON KNIGHT, PATRICIA
MOORE, ANGELA D MCLAUGHLIN,
HECTOR HOLGUIN, ROBERT HULL,
VICTORIA COURSEY, CHRISTINA HULL,
ASHLEY GIBSON, ELIZABETH
TALIAFERRO, ALEXIS DUFFINS, ARLENE
MORENO, JOSHUA GREEN, KENNA
MCWILLIAMS, PAM JONES, NIDAA HAQ,
CRAIG RONQUILLO, ELIZABETH
JABAUT, JENNIFER CLAY, SAMANTHA
NEUSCHWANGER, MAIYA MARSHALL,
KIM BOYD, SIMONE BERI KUTNER,
MICHAEL BEARD, MIKE KUTCHER,
ENRICO TERRADO, ASHLEY KING,
MONICA WASSER, MARISA MULE,
ALLISON CALHOUN, TIESHA SIMS,
PEGGY WILSON, MICHELLE LINKER,
MICHELLE RANDLEMAN, LESIA
HOCKENBERRY, MICHAEL KELLER,
MILYN LAZYBOY, TAYLOR HUTTON,
MICHELLE BENDER, MICHELLE

MOSSELL, PHILIP BRUG, JUDITH
ABBOTT, KYLE PUCKETT, ANTHONY
CHANG, BRENT PEEVYHOUSE, SHANE
ADAMS, MICHELLE MAYFIELD, BECKY
BERNASEK, ROBERT SIPES, TANISHA
SCOTT, SARAH CHANG, MICHELLE
VALENZUELA, KRYSTLE STREET,
LEONARD BECK, ADAM LEE, CARISSA
RATOSKY, CARI TOMS, TYECHA
DUNCAN, COURTNEY JAMES, BARRETT
PHILLIPS, DESTINI BECK, ROSEMARY
LADEAU, MACEY JACKSON,
NICHOLAAS HALLISEY, MICAH
HOBSON, REBECCA SUTTER,
STEPHANIE WILLIAMS, LAUREN TYLER,
DYLAAN SOOKNANAN, JESSE LEMUS,
LORA HEIDEN, DONNA ROCCO,
RAEQUELL DURAN, LENA TRENTO,
DEONNA STEWART, SAMANTHA
LINTON, LISA CAUDILL, RICH DELSITE,
DENISE HURD, KIERRA VIRGIL, JUSTIN
KINSEY, AMY SANBORN, BRITTANIE
EWELL, FAITH MORGAN, JACLYNE
BELT, BRENT SANDERS, TRACY MILLER,
APRIL KETCHESIDE, APRIL OLSON,
MICHAEL PYLAND, ELIZABETH
MAGEROWSKI, JUSTIN MILLER, JESSICA
HOGUE, KATLIN HICKS, CAITLYN
ROLLINS, AMBER FAULK, JASON
NOTHWANG, LAURA HEIMANN,
CHRISTOPHER STEELE, BRANDON
SMOTEK, BROCK TITLOW, JAMES
ALBRIGHT, SYREETA HART, MICHAEL
HUGHES, RYAN RONQUIST, KRYSTAL
BOYD, KELLY MURPHY, JULIE JENKINS,
WINSTON FARRELL, PORSCHE
GOVERNOR, GEARE ALLEN, AMANDA
TROUP, GAIL CHANDLER, MICHAEL
CURTIS, JACKIE POPONI, CONSTANCE
BELL, ADALBERTO BEATTIE, JESSLYN
BRASHER, BRANDON GILL, JORGE
BARO, CASANDRA SCHAUB, JASON
DANIELS, DARICK WARSAW, ANGEL
WOLFE, ERIC MORENO, AMANDA
VALENTINE, RYAN RAMOS, NANDY
SANTOS, REBECCA SLADE, DEMETRIUS

THORNTON, STEPHANIE SMITH, PAUL
PATRICK, SEAN STROUP, RITA AL-BARRI,
JERALYNN MOSLEY, DOUGLAS WRIGHT,
CORDRAY BACA, CASSANDRA RITONE,
TANYA ALEXANDER, MELANIE ALLEN,
AMY HATCH, JOHN FONES, JONATHAN
BUBIER, PATRICK GILPIN, HALEY
LANGE, AGUSTIN JUAREZ, JOSH
CONNER, CHRIS TRAINA, MARTIN
SPEWAK, JENNIFER HAMILTON, ERIKA
PERHAM, TYLER HARTT, WAELL
YAFAWI, CHERI ROSEN, MADELYN
ZAHRADKA, DAVID SWARTZ, LINDA
FERNANDEZ, JARED MANINI, RYAN
FEATHERSTON, MELISSA LENGARD,
MICHELLE MARTIN, KATIE BONNEY,
JACLYN BAYLESS, PADEN GEORGITSO,
VIRGINIA HUBBELL, CHRISTOPHER
BRYANT, KIMBERLY CERVANTES,
JAMES WILCOX, ROBBY ANDERSON,
YVETTE DE ALBA, SAMANTHA
WILLARD, MARIA FLORES, GREGORY
MANNING, ALICIA OGDEN, ANNETTE
DOWELL, KYLER GETTINGS,
CHRYSTINA DAHL, CHRISTOPHER
PAGLIA, MARLON GONZALEZ, VANESSA
LERMA, MICHEL RICHARDS, MICHELLE
JASKULSKI, SAVANNA VERHEY,
SAHARA HOWARD, LAURA TARZIERS,
HOPE NATION, NORA RIHANI,
KATHLEEN COTTEY, AMANDA
SCUDDER, CISLEY BARKSDALE, JASON
ALLWARDT, TAMMY EVEN, NICHOLAS
PERKINS, ROBERT SMITH, LISA
DALTON, JAMES MUSE, BEVERLY
WILSON, TANA WARD, MICHAEL
GRANEY, NATASHA BALLARD,
JONATHAN LINDSTROM, BRAD
WASTELL, JEANNY CULVER, BRENNA
BROTZMAN, WALTER MCQUEEN, JAMA
KAY EMERSON, AMANDA BENNETT,
SHANNON REYNOLDS, CLAUDIA
GUILLORY, STEPHANIE WATTS, MARY
SAN NICOLAS, JACQUELINE BREASTON,
MIRANDA MASON, MICKEY STONE,
ROBERT FETTER, ASHLEY GREEN,

BRIANNA BROWN, JOSHUA RICHARDS,
BRITTANY THURBER, CANAAN
HOFFMAN, SARA SPEER, TAMMY
HUDDLESTON, CATHLEEN CAMACHO,
CARLIE BARTLE, KATHRYN BORN,
SARAH BAZINET, RHIANNON DEVARRIS,
JESSICA LYONS, JAZMIN GUERRA,
RYLEA FARRENS, KEELIN LEGER, KACIE
CASTILLO, MIA BEST, JACOB KASTING,
ALISA INMAN, DAVID SPRINK, KAREN
CLARY, NIKKIA QUAST, DUSTIN
CASTRO, KIMBERLY BLAIR, JAMIE
SALBECK, JODY TURNER,
CHRISTOPHER ROBACK, MELISSA
MACLEAN, BILLY MASON, RACHEL
KING, SCOTT ANDERSON, NATHAN
REESE, MEGAN DEUEL, KATLYNN
HARMON, JENNIFER KINNEY, SARAH
PHILIP, DERRICK COURTNEY, ANGIE
HANSON, PAULETHIA VALLES, GINA
VENTRELLA, DANNI RIVERA, LENNY
CLASEN, ALISON MEADE, BLAKE
BISCHEL, JOSHUA LYONS, KELLIE
SPENDAL, SCOTT ARCHAMBAULT,
TRACY RAMOS, MARGARET VASUT,
ANA HERNANDEZ, NICOLE COLLINS,
TRACY SMITH, ASHLEY THOMAS,
DAVID GALLIMO, SAMUEL COBB,
TERESA SCHNEIDER, LORRI WEEKS,
BARRY HAIRSTON, DELIA ROWAN,
JAMIE LENGERICH, MEGAN STOCKTON,
DANIELLE DALE, JENNIFER ANDREWS,
CHELSEA SANDERS, SYLVIA ORTEGA,
KAITLIN DODD, SHELLIE LEVINE
PARKER, EMILY RIANI, LISA MILLER,
MARY BELL, TERIKA HERNANDEZ,
PARKER HILL, MICHELE CRAIG, AMBER
PHILLIPS, STACIA MYERS, MICAH
MURPHY, DIRK AISSEN, ETHAN
TURNBULL, DANIEL MITCHELL, GARY
HUBBARD, JARED HEATH, JIMMY
CONNELLY, KIM TRUONG, TAYLOR
BJORKLUND, DALE HAYES, CLARISSA
HENSON, CHELSEA MELCHISEDECK,
DERRICK GOODMAN, LAUREN SMITH,
KARA MEYERS, BRANDON ROCHON,

REGINA LUZ JORDAN, DEREK
WILLIAMS, CANDACE CORNETTE,
RICHARD MRAZ, BRITTANY FUCILI,
SEAN QUINN, JESSICA MUSSELWHITE,
AMANDA CHANOCUA, CORY
LESAICHERRE, BROOKE WIGGINS,
DAVID NAVARRO-BANIA, BECCA LOSS,
TODD PORZEL, JANE BAILEY, PORSCHE
HOPKINS, ALEXIS HINSZ, LINDSAY
CRUMPTON, KAT SMITH, AMBER
BACHLE, CRYSTAL FERGUSON,
KIMBERLEE UNANGST, MONICA
CLAYPOOL, DANIEL BRIGHT,
CATHERINE LESSARD, ROSEMARY TYE,
KAITLYN BIEAR, JODIE YANKO,
HILLARIE AKINWALE, ERIC GRIEGO,
AMANDA ELGAN, CRYSTAL COOPER,
JESSE SANCHEZ, KRISTINA HOLADAY,
BIANCA HOLLIS, DEBORAH
HORSTKOTTE, ROBERTA GUTIERREZ,
VICTORIA MORADO, VANESSA FISH,
DINAHL SIMPSON, OSCAR DUARTE, EVA
SALINAS, JEFF THEETGE, KARA
BONNER, RACHEL ALLAN, PAMELA
JACQUES, JODI MERRILL, CLARISSA
BROOKS, LASHON BAKER, MARQUITA
GIVENS, KURT JANDT, BRANDON
NIEWIND, DANIEL NARREAU, ARIELL
BLANCO, LACEY SOETEBER, IFFAT
CHOWDHURY, DAVID BOWEN JR,
JENNIFER ROBELLO, ANTONIO
JOHNSON, LAYNE KNIGHT, CHINASA
CAMPOVERDE, JESSICA MASSARO,
MARISSA TAYLOR, JUSTIN PETTIT-MEE,
RACHEL TOPE, JOSHUA MARGOLIS,
ALICIA CREUZIGER, STEPHANIE
BROWN, JAMIE JOHNSON, EVANGELIA
FATOUROU, BRANDON COOP, MEGAN
RUSH, ANTOINETTE WALKER, SARAH
SHARP, AMBER MITCHELL, SARA RUSS,
MAEVE VERDEGAAL, KRISTINA
PRINCE, ADONIKKA JAMISON, SARRI
KOZIOL, JOSE RODRIGUEZ, MARCUS
ABILA, JAZZMINE ZEREGA, CHERYL
GILBO, ANGELINE NAVARRO,
SHAWNTELL THOMAS, DAVID MORENO,

DHANIELLE PRESTON, JOHN WALKER,
ERIC KWON, THOMAS REYNOLDS,
BRITTANY BOSMA, JULIANNE GARCIA,
ERIN WALSH, LEVI LEW, ALYSON KUNG,
ROBERT HUBERT III, STEVEN OLIVER,
SCOTT BYKOWSKI, MEGAN CHEESMAN,
JASON ADAMS, DAVID ROWLEY,
THOMAS CORSO, MARISA LATHAM,
PATRICK FOLEY, TEKISHA ROBERTS,
CORINA MATA, FAITH BAUER,
MCKENZIE SILVER, MEI CHAMPION,
JAMES HUDNALL, VERNECTIA
HICKMAN, JENNIFER IDE, TORYE
YOUNG, MEGAN SNYDER, TINA
VENCES, MARIAN GRIMESWILLIAMS,
SAMUEL GONZALEZ, ASHLEY WARD,
LIANA MORRELL, JESSICA LOPEZ,
JENNIFER CUARTAS, PATRICIA HADLEY,
KENESHA DAVIS, TIFFANY MARUCHA,
TEVAN JOHNSON, JOHN COMPTON,
DIANA BARKLEY, AERYANNE PRIER,
JACLYN LAZARUS, CASEY SAMPSON,
ANNETTE POLANCO, ERICA
STEVENSON, KATRINA DUVALL,
BRANDON SHOEMAKER, HALIE FRITZ,
BARBARA BLACK, DYLAN LUDWIG,
WILLIAM DUNN, TIMOTHY ORTWEIN,
ANGIE HACKETT, EARL NORRIS, LISA
ADAMS, MICHAEL LALIBERTE,
ANTONIA MCGEE, LENA BURCH,
MELISSA COLEMAN, JEFFERY BONEY,
RICK PENOR, JOEL GOODENBOUR,
KELLY RIORDAN, MICHELLE DELA PAZ,
DANIEL KELSEY, CHRISTINA AMADOR,
KRISTINA FURTNEY, DANIELLE SHEETS,
THERESA STIEFKEN, ESNEASA BRILEY,
TAMESHA PUGH, BAILEY MONNETT,
CHEYENNE HERRERA, PHILLIP
ROMERO, JEREMY MILLER, JENNIFER
KEMP, ALANNA MCCREE, TERRY
NETTLES, KATHLEEN HARRINGTON,
GRACE OLORTEGUI, KATHRYN MALCA,
AMBER TORRES, DARILYN PEREZ,
BRITTANY NUNN, ALEXIS JARAMILLO,
DESTINY SMITH, NICOLE PROCTOR,
MATTHEW BRUTON, IAN HIGGINS,

CALEB RODRIGUEZ, AMBER
PENNYWELL, PAUL BUKOVINSKY,
HEATHER BENSON, KRYSTAL BERRY,
HASSAN SHARIFF, DON ROBINSON, ANN
ZUBE, FARZANA DUSTOOR, JESSICA
LICONA, ASHLEY ESSER, BRANDI
STARNES, DAVID THOMAS, JAN
DAYANGHIRANG, INEZ SWEAZY,
AUBURN SYNAKOWSKI, KARINA
CARMONA, WESLEY SHUMAN, KELLY
NICHOLS, CRISELDA RAMIREZ, JAMES
KENAAN, STACIE HAWKINS, CONNER
BURNETT, ZED PAYTON, DANI TYNER,
KIMBERLY MAZZA, JOHN PETERSEN,
REMCO VAN LATUM, SHERRI
GORICHAR, MELISSA STICKLER,
KATELYN FIORINI, JENNIFER LOWERY,
BAHN JOHNSON, AMANDA BROWN,
CRYSTAL GRAY, CIARA LEONARD,
BRIGITTE WERTS, IZRAEL QUINTANA,
JANE FISCHER, KATELYN KOZIEL,
MARIO AYALA, WILLIAM AGUILAR,
PAIGE DE CHELLIS, MOHAMMED
SHAFIUR RAHMAN, TIFFANY KINKEL,
SWART ASHLEY, KELLY COFFIN,
CHRISTOPHER THIELE, ALYSSA
MCKNIGHT, KYRA RODRIGUEZ, KARLA
SABO, MEGAN GONG, SAMANTHA
PERSALL, MONICA KEEHN, JASON
HERNANDEZ, HYACINTHE BARIL,
SHELBY LINDSAY, KRISTIN CIPRIANO,
STEPHANIE DAVIS, ASHLEY MILLER,
RUSTY KELLY, JAVONTE WILSON,
VICTOR SANCHEZ, KEVIN STOVER,
SETH BRANSTETTER, SINJIN SILVA,
CHRISTOPHER MAULDIN, ELIZABETH
RUNYAN, JEREMY SALYERS, AMANDA
HIGHBERGER, BRITNEE CURTIS, DENA
SPRINGER, LACRESTA JOHNSON, HEIDI
COOPER-LEWIS, APRIL GRUBBS, RYAN
CARVAJAL, SHONTA STONE, HANNAH
HITI, SHAREE GRANT, SHEENA BROWN,
BRANDON WOLTERS, JOSE LUIS
DONAYRE, KELLEY YORK, JOELL
DAUGHERTY, KERRY SCHLUTERBUSCH,
GENESIS CONTRERAS, VALERIE

FALGOUT, THOMAS MCHENRY, TINA
WARREN, STEPHANIE MALONE, JESSICA
PACHECO, JESSICA OVERBEY, KEARA
MCCAULEY, CHRISTOPHER
KACZMARSKI, BRITTANY LAVALLEE,
MELISSA ARDIS, MONIQUE ALLEN,
ADRIAN ZAVALA, TIARA LEWIS, REENA
AHIR, GARRETT EVANS, EMILY ABBOTT,
RUBY HAMPTON, FERNANDO TAVARES,
ETHAN MAUL, JODI BUCHAN, MONIQUE
VALLANCE, LESLIE MOFFATT, MELISSA
WEBER, KARLA DAVILA, STACEY
DOWNER, AARON BALLONADO, AMBER
CHESTER, URIEL MENDOZA, RACHEL
PAGLIUCO, STEVEN FISHER, DELBERT
BRYANT, MARIE STADLER, NIESA
BARTLEY, MICHON LEYVA, JOSH BAIR,
ERIC WILLIAMS, MICHAEL STRAUSS,
COLLETTE HOWELL, CASSANDRA WITT,
PRATIK KANDEL, MARY KNUDSEN,
RAEANNE REA, CHERIE ARENDSE,
STEPHANIE COSTET, CHRISTIAN BYRD,
JESSICA GUERRA, MISHA PONNURAJU,
AMBER RAINWATER, GINA
FARRINGTON, ANDREW JETT, BRENDA
YONKER, CINDY HEISKELL, SONDRA
PRIDDY, SAHARA ORTIZ, DANIELLE ST
GERMAIN, JOHNATHON TIMMERMAN,
LANCE LIEPITZ, JENNY KNIPPSCHILD,
KIMBERLY WATERS, RACHEL LECKRON,
GREGORY DRUPP, ELIZABETH FAUTT,
MARGIE MADDEN, APRIL GABRIEL,
STEPHANIE HARVEL, JANYRA
FERNANDEZ, COURTNEY KNIFFEN,
ANDREW STANDIFER, AUSTIN JAMES,
KAYLEEN SOUZA, MARK EICHLER,
MEGAN MCKENNA, GWENDOLYN
JUSTICE, GLEE KONOLD, MARILYN
GARAY, SHANNON MOORE, TAZONDA
WINSELLE, MICHELE MICHAEL,
ANGELINA LARSON, STEPHANIE
DUNCAN, JESSICA HEREFORD, CHRIS
MARTIN, LUCAS KING, KC COOLIDGE,
JAZMINE CARBAJAL-URIBE, MELISSA
SMITH, ALYSIA COVER, TAYLOR
MANSELL, SAMUEL MACIAG

MASSOTTI, TAMMY SHEA, LEKECIA
COX, BRUCE SPRADLIN, MICHELLE
COLLIER, DANIEL PENA, BRANDY
HEBERLE, MELISSA NYGARD, SANDEE
WADDOUPS, PAUL BERNAL, STACEE
REED, ISABELLE FETTERHOFF,
LYNNETTE ANDUJAR, ROSE FOSTER,
REBECCA CHRETIEN, JESSICA FLAUGH,
PHILIP MARRONE, RONDA HUMPHREY,
STEFFANI HEDSTROM, YVETTE SOSA,
ERIC GLENN, CHRISTOPHER BACKUS,
PAOLO ESCALANTE, SARA MONAHAN,
KEMBERLEE DAWSON, JENNIFER
ADKINS, DAVID LEDOUX, KEVIN KERR,
JOSEPH FANSLAU, CASE FLEHER,
SAVANA YONEMURA, DILLON
COFFMAN, JONATHAN KING, BRANDON
WOLFE, MARC VILLASENOR, PETER
CHEN, MATTHEW FORSBERG,
MATTHEW SALAS, IRIS QUACH,
THEODORE GRAY, SHELLEY SCHMIDIG,
KEVIN KIRGAN, SIDNEY CARON, KYLE
VANABEL, JOSE DE LA GARZA,
DOLGION OYUNCHULUUN, BRYAN
RIVAS, DANNY GEREN, CHRISTINA
ROSALES, RONALD WALSTROM, JARED
HEFTER, TONY GAU, LARYNE LEGNON,
JANAE HUGHES, RYAN BURCH,
KATHRYN SWAVELY, SAMANTHA
PEREZ, GEROD DOAK, MICHEAL
CAUDLE, CASSANDRA BLESSLEY, JULIA
COTA, AARON CAROLINA, MAYA
SANDIFER, JOSH SCHULTZ, JOHN
MEEKS, ANDREW WILLIAMS, SARAH
BURROUGHS, LILIANA VILLASENOR,
KRISTOFFER QUINT, BRUNO ESTEVES,
ANJIE PERI, PHILL MADORE, TERENCE
GILLESPIE, LOUISE BRANNON,
BRIDGETT BURK, DEAUNDRA MARTIN,
MIRCKO MOJOROVICH, MICHELLE
LOEST, KHALIMA SMITH, STEPHANIE
WAHL, TRISTAN WILL, PHILIP
ISAACSON, SERVANDO ALVAREZ, LORI
MARCHAND, VICTORIA CHAVEZ,
SABRINA MILLER, CAJA COLES, JAMES
OWEN, JALEN GARCIA, MATTHEW

MORENO, RYAN BLAIR, STEVE
GEMPELER, MIRANDA GERBAUD,
LEONARD BRADSHAW, VIJAY
VERGHESE, JUSTICE MONTANO,
JENNIFER OEHLWEIN, IMRAN MANSUR,
CORY RHEA, RYAN CHANNELLS,
OKEEFER THOMPSON, AMBER YORK,
MOQUIN MORENO, JOEL TILLMAN,
DANIEL STAMPER, JOSH KRAMER,
AMANDA BLOOM, KRISTIN HILL, and
ERIKA COHLMEYER,

       Plaintiffs,

v.

DISCOVERY COMMUNICATIONS, LLC,

       Defendant.

Plaintiffs file this Complaint pursuant to the Declaratory Judgment Act, 28 U.S.C. §§ 2201–02, and Federal Rule of Civil Procedure 57.  In support, Plaintiffs allege as follows.

## **INTRODUCTION**

1.      Plaintiffs, who used the discovery+ online video streaming service, seek a declaration that each may resolve disputes with Discovery at JAMS, Inc. ("JAMS").

2.      Thirty months ago, Plaintiffs each noticed claims against Discovery pursuant to the Video Privacy Protection Act ("VPPA"), 18 U.S.C. § 2710.  In doing so, each invoked the dispute resolution procedures of the discovery+ Visitor Agreement (the "First Visitor Agreement") then in effect, which required individual arbitrations at JAMS.

3.      Discovery immediately issued a new discovery+ consumer contract (the "Second Visitor Agreement") which mandated dispute resolution through aggregative arbitration at a different forum, National Arbitration and Mediation ("NAM").  Discovery took the position that the dispute resolution procedures in the Second Visitor Agreement applied retroactively to cover Plaintiffs' noticed claims and the identical claims of other consumers represented by the same counsel who had noticed their claims on the same day.

4.      Adopting Discovery's position, JAMS ruled that it would not administer the demands that some Plaintiffs and other nonparty consumers then filed.  Two such nonparty consumers moved this Court to compel Discovery to individual JAMS arbitrations pursuant to the First Visitor Agreement and the Federal Arbitration Act ("FAA"), 9 U.S.C. § 4.  Discovery cross-moved to compel both consumers to NAM arbitration pursuant to the Second Visitor Agreement and the FAA.  This Court compelled one consumer to JAMS arbitration and the other to NAM arbitration.  *See Pilon v. Discovery Commc'ns, LLC*, 769 F. Supp. 3d 273 (S.D.N.Y. 2025).

5.     Plaintiffs each continue to assert the right to an individual arbitration with Discovery at JAMS.  To respect this Court's decision in *Pilon*, however, Plaintiffs invited Discovery to exchange records and determine which Plaintiffs had active discovery+ subscriptions after February 1, 2023, the dispositive criterion this Court found showed assent to NAM arbitration in *Pilon*.  *See id*. at 289–91.  Plaintiffs offered to stipulate not to pursue JAMS arbitrations if the proposed information exchange showed Discovery could meet that criterion.

6.     Discovery responded by demanding discovery from Plaintiffs that this Court previously denied, *see id*. at 290–91, and by declining to respond meaningfully to Plaintiffs' offer.

7.     Because the First Visitor Agreement they believe applies contains a delegation clause, Plaintiffs intend to file JAMS demands to enforce their right to JAMS arbitrations.  But doing so would require payment of a non-refundable filing fee.  And based on JAMS's decisions to date, Plaintiffs will lose that fee absent a declaration that JAMS can administer such demands.

8.     Rather than incur these damages and only then move to compel arbitration pursuant to the FAA, 9 U.S.C. § 4, Plaintiffs seek through this declaratory judgment action a conclusive determination as to the rights and obligations of the parties.  Specifically, they seek a declaratory judgment that they may resolve threshold forum disputes with Discovery at JAMS.

## PARTIES

9.     Plaintiffs are individuals who used Discovery's discovery+ online video streaming service.  Identifying details for each Plaintiff, as well as a legend for which other records from the compendia exhibits described below correspond to each Plaintiff, are attached as Exhibit A to this Complaint.  *See* Ex. B, Decl. of Kiran N. Bhat ("Bhat Decl.") ¶ 4; *see also* Ex. A.

10.     Defendant Discovery Communications, LLC is a limited liability company with its headquarters in New York, New York.  Discovery operates the discovery+ online video streaming

2

service and keeps records of the official start and end dates of Plaintiffs' discovery+ subscriptions in its exclusive possession.

## JURISDICTION AND VENUE

11.    This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1367 because the underlying controversies involve claims arising under the laws of the United States such that this Court would have jurisdiction over an action to compel arbitration. *See Vaden v. Discover Bank*, 556 U.S. 49, 65–66 (2009).

12.    This Court has personal jurisdiction over Discovery because Discovery regularly conducts business in New York and a substantial part of the events giving rise to Plaintiffs' claims occurred in this District.

13.    Venue is proper under 28 U.S.C. § 1391 because Discovery resides in this District and because a substantial part of the events giving rise to Plaintiffs' claims occurred here.

## FACTUAL ALLEGATIONS

### A. Plaintiffs retain counsel and notice their disputes under the First Visitor Agreement.

14.    Plaintiffs retained the same counsel to represent them in claims against Discovery for violations of privacy laws. *See* Ex. B, Bhat Decl. ¶ 2. In support of those claims, each Plaintiff procured a screenshot showing his or her Discovery+ account. *See id*. ¶¶ 6, 7; Compendium of Pls. Account Screenshots, Ex. C. Each Plaintiff also attested to several facts, including that Plaintiff had an account with discovery+, agreed to arbitrate disputes with Discovery, watched videos while logged in to discovery+, and had an account with Meta; and that Discovery never asked for or obtained consent to share certain discovery+ customer information with other businesses via a separate form. *See* Ex. B, Bhat Decl. ¶¶ 6, 8; Compendium of Pls. Decls., Ex. D.

15.    In separate pre-arbitration notices of dispute to Discovery dated January 6, 2023 alleging Discovery's privacy violations, each Plaintiff invoked the First Visitor Agreement, which

required individual arbitrations at JAMS.  *See* Ex. B, Bhat Decl. ¶¶ 9, 10, 12; Compendium of Pls.

Notices of Disp., Ex. E; First Visitor Agreement, Ex. F at 20.

**B.  Discovery switches the arbitral forum and persuades JAMS to decline demands.**

16.      On January 9, 2023, Discovery posted the Second Visitor Agreement to its website.

*See* Ex. B, Bhat Decl. ¶ 12; Second Visitor Agreement, Ex. G. The Second Visitor Agreement

designated NAM as the arbitration provider and required aggregative arbitration.  Second Visitor

Agreement, Ex. G at 16–23.

17.      For over a year, Discovery negotiated with Plaintiffs pursuant to the pre-arbitration

notices of dispute regarding a possible settlement of Plaintiffs' claims.

18.      On May 2, 2024, after settlement talks broke down, some Plaintiffs and several

hundred other nonparty consumers also represented by Plaintiffs' counsel, who had each also

provided Discovery with pre-arbitration notices of dispute on January 6, 2023, filed JAMS

demands pursuant to the First Visitor Agreement raising the same VPPA claim Plaintiffs seek to

pursue.  *See* Bhat Decl., Ex. B ¶ 14.

19.      After JAMS received these demands, Discovery and the filers took opposite

positions as to whether JAMS could administer those demands.  *See* Ex. B, Bhat Decl. ¶ 15; JAMS

Correspondence, Ex. H.

20.      Specifically, after JAMS received the demands, Discovery took the position that

JAMS could not administer the demands because Discovery had successfully implemented the

Second Visitor Agreement and changed the arbitral forum to NAM.  JAMS Correspondence, Ex.

H at 1–2.  By contrast, the filers asserted the right to JAMS arbitrations under the First Visitor

Agreement.  *Id*. at 5–7.

21.    Following informal briefing via these and additional letters, as well as multiple emails, JAMS adopted Discovery's position and declined to administer the demands.  *Id.* at 9–10.

**C. This Court orders arbitration at JAMS and NAM under both Visitor Agreements.**

22.    Two nonparty consumers represented by Plaintiffs' counsel, Russell Stephen and Brian Pilon, who like Plaintiffs had also provided Discovery with pre-arbitration notices of dispute on January 6, 2023, then filed a motion to compel individual arbitrations before JAMS in the U.S. District Court for the Southern District of New York.  Pet. to Compel Arb., *Pilon*, 769 F. Supp. 3d 273 (No. 1:24-cv-04760), ECF. No. 1.

23.    Discovery opposed the petition and cross-moved to compel both Stephen and Pilon to arbitration at NAM pursuant to the Second Visitor Agreement.  Notice of Resp't's Mot. to Compel Arb. Before Nat'l Arb. & Mediation, *Pilon*, 769 F. Supp. 3d 273 (No. 1:24-cv-04760), ECF. No. 18.

24.    In support, Discovery submitted an affidavit from a corporate executive noting that Discovery keeps and can search "records for account history and discovery+ usage" for discovery+ users.  Decl. of N. Waibel ¶ 15, *Pilon*, 769 F. Supp. 3d 273 (No. 1:24-cv-04760), ECF No. 23.

25.    The Court compelled Discovery to arbitrate at JAMS with Stephen pursuant to the First Visitor Agreement because Discovery had failed to show Stephen's affirmative assent to the Second Visitor Agreement.  *Pilon*, 769 F. Supp. 3d at 291.  The Court compelled Pilon to arbitrate at NAM with Discovery pursuant to the Second Visitor Agreement because Discovery successfully showed Pilon's assent to that agreement.  *Id.* at 290–91.  The dispositive criterion was that Pilon's discovery+ subscription continued past February 1, 2023, when Discovery began to notify its customers of its terms change, while Stephen's discovery+ subscription did not.  *See id*.

**D. Discovery refuses an information exchange tailored to follow this Court's guidance.**

26.     After the *Pilon* decision, Plaintiffs attempted to initiate a dialogue with Discovery to resolve any remaining disputes over the appropriate filing forum by following the *Pilon* Court's guidance.  *See* Bhat Decl., Ex. B ¶ 16; Post-*Pilon* Correspondence, Ex. I.

27.     On April 14, 2025, Plaintiffs' counsel sent Discovery's counsel an email enclosing a list of consumers, including Plaintiffs, and asked in respect of the *Pilon* decision, that Discovery identify any individuals whom it believed had assented to NAM arbitration based on the criterion set forth in that decision.  Post-*Pilon* Correspondence, Ex. I at 3.

28.     On May 7, 2025, Discovery's counsel responded via letter, *id.* at 4–5, asserting that the list Plaintiffs' counsel provided included unspecified consumers who "have pursued claims under the wrong arbitration agreement."  Discovery's counsel also demanded detailed information about each Plaintiff's use of discovery+, *id.* at 5, which information Discovery had also sought in the *Pilon* action and which the *Pilon* Court denied as irrelevant to determining the correct filing forum.  769 F. Supp. 3d at 291.

29.     On May 15, 2025, Plaintiffs' counsel responded via letter, Post-*Pilon* Correspondence, Ex. I at 6–7, inviting Discovery to exchange information, including Discovery's available records of which Plaintiffs "continued their discovery+ subscriptions beyond February 1, 2023, when [Discovery] first began notifying customers of its terms change."  *Id*. at 6.  Plaintiffs for whom Discovery had such records offered to "stipulate that they may only proceed at NAM" if Discovery would stipulate that Plaintiffs for whom it could not produce such records "may proceed at JAMS."  *Id*. at 6–7.

30.     On May 28 and 29, 2025, Plaintiffs' counsel and Discovery's counsel exchanged final email correspondence, *id*. at 1–2, in which Discovery sought more detail on what information

Plaintiffs proposed disclosing to Discovery and Plaintiffs responded by noting that they would produce the information the *Pilon* Court found sufficient to compel Stephen to arbitration.

31.     As of the date of this filing, and despite Plaintiffs' note that failure to respond would lead them to assume Discovery had no interest in an information exchange, *id.* at 1, Discovery has not responded.  Neither has Discovery produced any evidence of any Plaintiff's assent to the Second Visitor Agreement.

**E.  Plaintiffs face the likelihood of damages if they pursue their right to proceed at JAMS.**

32.     Under the *Pilon* Court's analysis, absent an evidentiary showing by Discovery that Plaintiffs assented to the Second Visitor Agreement, Plaintiffs may seek arbitration at JAMS pursuant to the First Visitor Agreement.

33.     The First Visitor Agreement contains an express delegation clause requiring a JAMS arbitrator to decide arbitrability.  First Visitor Agreement, Ex. F at 2.  The First Visitor Agreement also incorporates forum rules which delegate "disputes over the formation, existence, validity, interpretation or scope of the agreement under which Arbitration is sought" to the arbitrator.  JAMS, Inc., *Streamlined Arbitration Rules and Procedures* (June 1, 2021), Rule 8(b), https://www.jamsadr.com/rules-streamlined-arbitration [https://perma.cc/S39W-WASY].

34.     To commence arbitrations at JAMS, Plaintiffs must each file a demand, serve it on Discovery, and make all required payments under the applicable fee schedule.  JAMS, Inc., *Streamlined  Arbitration  Rules  and  Procedures*  (June  1,  2021),  Rule  5(b), https://www.jamsadr.com/rules-streamlined-arbitration [https://perma.cc/S39W-WASY].

35.     One such required payment is the filing fee, which is limited to $250 each for consumers like Plaintiffs, but which is only partially refundable for the first five days after filing

and becomes fully non-refundable afterwards.  JAMS, Inc., *Arbitration Schedule of Fees and Costs*, https://www.jamsadr.com/arbitration-fees [https://perma.cc/59NW-PW5G].

36.    Should JAMS again adopt Discovery's position that JAMS cannot administer demands related to claims noticed under the First Visitor Agreement but filed after Discovery announced Second Visitor Agreement, Plaintiffs would face not only further procedural delay, but also the loss of the JAMS filing fee.

## DECLARATORY RELIEF
### Declaratory Judgment Act
### 28 U.S.C. §§ 2201–02

37.    Plaintiffs reallege and incorporate by reference Paragraphs 1–36 as though fully set forth herein.

38.    Under 28 U.S.C. §§ 2201 and 2202, this Court has authority to declare the rights and other legal relations of the parties in dispute.

39.    The First Visitor Agreement is a consumer contract under which Discovery agreed with Plaintiffs to arbitrate the arbitrability of disputes at JAMS.

40.    Discovery objects that some Plaintiffs must arbitrate at a different forum, NAM, but has rebuffed Plaintiffs' attempts to determine, according to the *Pilon* criterion and in advance of filing, the correct filing forum for each Plaintiff.

41.    Absent declaratory judgment, Plaintiffs would each pay a non-refundable $250 filing fee to initiate arbitration at JAMS.  Plaintiffs would lose those fees should JAMS continue to adopt Discovery's position that JAMS cannot administer consumer demands filed after the issuance of the Second Visitor Agreement and its successors.

42.    An actual and substantial controversy involving adverse legal interests therefore exists and is of sufficient immediacy and reality to warrant the issuance of a declaratory judgment.

## REQUEST FOR RELIEF

Plaintiffs request that the Court enter judgment in their favor and against Defendant Discovery Communications, LLC, in the form of a declaration that each Plaintiff is entitled to arbitrate disputes with Discovery at JAMS or, alternatively a declaration specifying which forum, JAMS or NAM, each Plaintiff must file a demand in to arbitrate disputes with Discovery.

Dated August 4, 2025                    Respectfully submitted,


/s/ John M. Masslon II

**KELLER POSTMAN LLC**

Kiran N. Bhat (*pro hac vice* forthcoming)
 kiran.bhat@kellerpostman.com
John M. Masslon II (Bar No. 5029780)
 john.masslon@kellerpostman.com
1100 Connecticut Ave. NW, Suite 1100
Washington, D.C. 20036
Telephone:  (202) 968-0239

Ethan H. Ames (*pro hac vice* forthcoming)
 ethan.ames@kellerpostman.com
150 North Riverside Plaza, Suite 4100
Chicago, IL 60606
Telephone:  (312) 280-5790

*Attorneys for Plaintiffs*