UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA POWERS *and* JUSTIN SINGH,

                Plaintiffs,

        *– against –*

DISCOVERY COMMUNICATIONS LLC.,

                Defendant.

**ORDER**

25-cv-6398 (ER)

RAMOS, D.J.:

    As Keller Postman LLC has filed suggestions of death as to plaintiffs Powers and Singh on June 8, 2026, Docs. 49, 50, the deadline to move for a substitution of either party pursuant to Fed. R. Civ. P. 25(a)(1) is September 7, 2026.  If no motion is made by that date, their claims will be dismissed.

It is SO ORDERED.

Dated:    June 9, 2026
          New York, New York

                                    EDGARDO RAMOS, U.S.D.J.