UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA POWERS *and* JUSTIN SINGH,
Plaintiffs,

*– against –*

DISCOVERY COMMUNICATIONS LLC.,

Defendant.

**ORDER**

25-cv-6398 (ER)

RAMOS, D.J.:

This complaint in this action was filed on August 4, 2025. Doc. 1. On January 6, 2026, all plaintiffs except for Jessica Powers and Justin Singh voluntarily dismissed this case. Doc. 35. On the same day, plaintiffs' former counsel filed a letter seeking to withdraw as counsel for Powers and Singh after learning that Powers passed away on July 21, 2025 and Singh passed away on October 1, 2025. Doc. 36. Plaintiffs' former counsel filed suggestions of death as to Powers and Singh on June 8, 2026, Docs. 49, 50. Accordingly, the Court warned that the deadline to move for a substitution of either party pursuant to Fed. R. Civ. P. 25(a)(1) was September 7, 2026. Doc. 51. Plaintiffs' former counsel proceeded to file motion to withdraw as attorneys for Powers and Singh on June 18, 2026, which the Court granted on June 23, 2026. Docs. 52, 54. To date, no motion for substitution of Powers or Singh has been filed.

Under Rule 25, if a party dies and the claim against him is not extinguished, a motion for substitution may be made within ninety days. *See* Fed. R. Civ. P. 25(a)(1). "If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." *Id.* As the Court noted in its June 8, 2026 order, because plaintiffs' former counsel alerted the Court of Powers' and Singh's deaths on June 8, 2026, the

motion for substitution was due on September 7, 2026. Doc. 51. As no such motion has been filed, all Powers' and Singh's claims in the instant action are dismissed.

The Clerk of Court is respectfully directed to terminate the parties Jessica Powers and Justin Singh, and close the case.

It is SO ORDERED.

Dated: October 16, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.